RONALD S. LEMIEUX (SBN 120822)
ronlemieux@paulhastings.com
VIDYA R. BHAKAR (SBN 220210)
vidbhakar@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
ASUSTeK Computer Inc. and Asus Computer International

ORIGINAL FILED

07 APR -5 PM 3:43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR
E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C07 01942 PVT

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | CASE NO.<br><br>**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs ASUSTeK Computer Inc. ("ASUSTeK") and Asus Computer International ("ACI") hereby disclose that ASUSTeK is the parent corporation of ACI and that no publicly-held corporation owns 10% or more of their stock.

DATED: April 5, 2007       PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
       RONALD S. LEMIEUX

Attorneys for Plaintiffs
Asustek Computer Inc. and Asus Computer International

LEGAL_US_W # 55987594.1

Case No.                                                      PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT