DANIEL J. BERGESON, State Bar No. 105439
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN
J.C. ROZENDAAL
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiffs

*Filed MAY 2 1 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | Case No. C07 01942 PVT<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, John Christopher Rozendaal, an active member in good standing of the bars of the State of Virginia and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Ricoh Company, LTD. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to

- 1 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Daniel J. Bergeson, Bergeson, LLP, 303 Almaden Boulevard, Suite 500, San Jose, California 95110, Telephone: (408) 291-6200.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 17, 2007

*/s/ JC Rozendaal*
John Christopher Rozendaal
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, NW
Suite 400
Washington, DC 20036

- 2 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*