```
1  DANIEL J. BERGESON, State Bar No. 105439
   BERGESON, LLP
2  303 Almaden Boulevard, Suite 500
   San Jose, CA 95110-2712
3  Telephone: (408) 291-6200
   Facsimile: (408) 297-6000
4
   MARK C. HANSEN
5  J.C. ROZENDAAL
   KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
6  Sumner Square
   1615 M Street, NW, Suite 400
7  Washington, DC 20036
   Telephone: (202) 326-7900
8  Facsimile: (202) 326-7999
9  Attorneys for Plaintiffs
```

FILED
MAY 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | Case No. C07 01942 PVT<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Michael E. Joffre, an active member in good standing of the bar of the State of Massachusetts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Ricoh Company, LTD. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to

- 1 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Daniel J. Bergeson, Bergeson, LLP, 303 Almaden Boulevard, Suite 500, San Jose, California 95110, Telephone: (408) 291-6200.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 17, 2007

Michael E. Joffre
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M.Street, NW
Suite 400
Washington, DC 20036

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*