1 | DANIEL J. BERGESON, State Bar No. 105439
BERGESON, LLP
2 | 303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
3 | Telephone: (408) 291-6200
Facsimile: (408) 297-6000
4 |
5 | MARK C. HANSEN
J.C. ROZENDAAL
6 | KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
Sumner Square
7 | 1615 M Street, NW, Suite 400
Washington, DC 20036
8 | Telephone: (202) 326-7900
Facsimile: (202) 326-7999

9 | Attorneys for Plaintiffs

*Filed*
MAY 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL, <br><br>　　　　　　　　Plaintiffs, <br><br>　v. <br><br>RICOH COMPANY, LTD., <br><br>　　　　　　　　Defendant. | Case No. C07 01942 PVT <br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

　　　　Pursuant to Civil L.R. 11-3, Mark C. Hansen, an active member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Ricoh Company, LTD. in the above-entitled action.

　　　　In support of this application, I certify on oath that:

　　　　1.　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

　　　　2.　　I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to

- 1 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

3. become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Daniel J. Bergeson, Bergeson, LLP, 303 Almaden Boulevard, Suite 500, San Jose, California 95110, Telephone: (408) 291-6200.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 17, 2007

Mark C. Hansen
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, NW
Suite 400
Washington, DC 20036

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*