DANIEL J. BERGESON, State Bar No. 105439
MELINDA M. MORTON, State Bar No. 209373
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN
J.C. ROZENDAAL
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | Case No. C07 01942 PVT<br><br>(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORRNEY *PRO HAC VICE* |

John Christopher Rozendaal, an active member in good standing of the bars of the State of Virginia and the District of Columbia whose business address and telephone number is:

Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036
(202) 326-7985

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ricoh Company, LTD.

1     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/21/07

                                                  Patricia V. Trumbull
                                                 United States Magistrate Judge