1 | DANIEL J. BERGESON, State Bar No. 105439
2 | MELINDA M. MORTON, State Bar No. 209373
  | BERGESON, LLP
  | 303 Almaden Boulevard, Suite 500
3 | San Jose, CA 95110-2712
  | Telephone: (408) 291-6200
4 | Facsimile: (408) 297-6000

5 | MARK C. HANSEN
  | J.C. ROZENDAAL
6 | KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
  | Sumner Square
7 | 1615 M Street, NW, Suite 400
  | Washington, DC 20036
8 | Telephone: (202) 326-7900
  | Facsimile: (202) 326-7999
9 |
  | Attorneys for Plaintiffs
10|
11|                      UNITED STATES DISTRICT COURT
12|                     NORTHERN DISTRICT OF CALIFORNIA
13|                             SAN JOSE DIVISION
14|
15| ASUSTEK COMPUTER INC. AND          Case No. C07 01942 PVT
   | ASUS COMPUTER INTERNATIONAL,
16|                                    (Proposed) ORDER GRANTING
   |                      Plaintiffs,  APPLICATION FOR ADMISSION OF
   |                                   ATTORRNEY *PRO HAC VICE*
17|     v.
18| RICOH COMPANY, LTD.,
19|                      Defendant.
20|
21|     Michael E. Joffre, an active member in good standing of the bar of the state of
22| Massachusetts whose business address and telephone number is:
23| Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
   | 1615 M Street, NW, Suite 400
24| Washington, DC 20036
25| (202) 326-7952
26| having applied in the above-entitled action for admission to practice in the Northern District of
27| California on a *pro hac vice* basis, representing Ricoh Company, LTD.
28|

- 1 -

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
3   *vice*. Service of papers upon and communication with co-counsel designated in the application
4   shall constitute notice to party. All future filings in this action are subject to the requirements
5   contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/21/07

Patricia V. Trumbull
United States Magistrate Judge