1  DANIEL J. BERGESON, State Bar No. 105439
   MELINDA M. MORTON, State Bar No. 209373
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
4  Facsimile: (408) 297-6000

5  MARK C. HANSEN
   J.C. ROZENDAAL
6  KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
   Sumner Square
7  1615 M Street, NW, Suite 400
   Washington, DC 20036
8  Telephone: (202) 326-7900
   Facsimile: (202) 326-7999
9
   Attorneys for Plaintiffs
10

               UNITED STATES DISTRICT COURT
12             NORTHERN DISTRICT OF CALIFORNIA
13             SAN JOSE DIVISION

14 ASUSTEK COMPUTER INC. AND            Case No. C07 01942 PVT
15 ASUS COMPUTER INTERNATIONAL,
                                        (Proposed) ORDER GRANTING
16                       Plaintiffs,    APPLICATION FOR ADMISSION OF
                                        ATTORRNEY *PRO HAC VICE*
17      v.

18 RICOH COMPANY, LTD.,

19                       Defendant.

20

21      Richard H. Stern, an active member in good standing of the bars of the State of

22 Connecticut and the District of Columbia whose business address and telephone number is:

23 Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
   1615 M Street, NW, Suite 400
24 Washington, DC 20036
   (202) 326-7950
25

26 having applied in the above-entitled action for admission to practice in the Northern District of

27 California on a *pro hac vice* basis, representing Ricoh Company, LTD.

28

- 1 -

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  shall constitute notice to party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/21/07

Patricia V. Trumbull
United States Magistrate Judge