```
 1  DANIEL J. BERGESON, State Bar No. 105439
    MELINDA M. MORTON, State Bar No. 209373
 2  BERGESON, LLP
    303 Almaden Boulevard, Suite 500
 3  San Jose, CA 95110-2712
    Telephone: (408) 291-6200
 4  Facsimile:  (408) 297-6000

 5  MARK C. HANSEN
    J.C. ROZENDAAL
 6  KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
    Sumner Square
 7  1615 M Street, NW, Suite 400
    Washington, DC 20036
 8  Telephone: (202) 326-7900
    Facsimile:  (202) 326-7999
 9
    Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL, | Case No. C07 01942 PVT |
|---|---|
| Plaintiffs, | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORRNEY *PRO HAC VICE* |
| v. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

Mark C. Hansen, an active member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia whose business address and telephone number is:

Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036
(202) 326-7904

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ricoh Company, LTD.

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  shall constitute notice to party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/21/07

Patricia V. Trumbull
United States Magistrate Judge