DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, State Bar No. 138979
dgagliardi@be-law.com
MARC G. VAN NIEKERK, State Bar No. 201329
mvanniekerk@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN, *pro hac vice*
mhansen@khhte.com
J.C. ROZENDAAL, *pro hac vice*
jrozendaal@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　Defendant. | No. C 07-01942-PVT<br><br>**[PROPOSED] ORDER GRANTING RICOH'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE** |

Now before the Court is Ricoh's Motion To Dismiss the Complaint for Insufficient Service. Upon consideration of the motion, any opposition thereto, the arguments of counsel, and the entire record herein, this Court is of the opinion that Ricoh's motion should be and it hereby is GRANTED. The Clerk will close this case.

IT IS SO ORDERED.

Dated: _____          _____

                                      United States District Judge