1   DANIEL J. BERGESON, State Bar No. 105439
    dbergeson@be-law.com
2   DONALD P. GAGLIARDI, State Bar No. 138979
    dgagliardi@be-law.com
3   MARC G. VAN NIEKERK, State Bar No. 201329
    mvanniekerk@be-law.com
4   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
5   San Jose, CA 95110-2712
    Telephone: (408) 291-6200
6   Facsimile: (408) 297-6000

7   MARK C. HANSEN, *pro hac vice*
    mhansen@khhte.com
8   J.C. ROZENDAAL, *pro hac vice*
    jrozendaal@khhte.com
9   KELLOGG, HUBER, HANSEN, TODD,
      EVANS & FIGEL, PLLC
10  Sumner Square
    1615 M Street, NW, Suite 400
11  Washington, DC 20036
    Telephone: (202) 326-7900
12  Facsimile: (202) 326-7999

13  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　　Defendant. | No. C 07-01942-PVT<br><br>**[PROPOSED] ORDER GRANTING RICOH'S MOTION THAT COURT DECLINE TO ENTERTAIN DECLARATORY JUDGMENT JURISDICTION** |

1  Now before the Court is Ricoh's Motion That the Court Decline To Entertain Declaratory
2  Judgment Jurisdiction.  Upon consideration of the motion, any opposition thereto, the arguments
3  of counsel, and the entire record herein, this Court is of the opinion that Ricoh's motion should be
4  and it hereby is GRANTED in the interest of judicial efficiency and to avoid the risk of
5  duplicative litigation.
6
7  IT IS SO ORDERED.
8
9  Dated: _____                    _____
10                                              United States District Judge