1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  MARC G. VAN NIEKERK, State Bar No. 201329
   mvanniekerk@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
8  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
     EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Attorneys for Defendant

14                        UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16                               SAN JOSE DIVISION

17

18 ASUSTEK COMPUTER INC. and ASUS          No. C 07-01942-PVT
   COMPUTER INTERNATIONAL,
19                                         **[PROPOSED] ORDER GRANTING
                                           RICOH'S MOTION TO DISMISS
20           Plaintiffs,                   FOR LACK OF PERSONAL
        vs.                                JURISDICTION**
21
   RICOH COMPANY, LTD.,
22
             Defendant.
23

24

25

26

27

28

1    Now before the Court is Ricoh's Motion To Dismiss the Complaint for Lack of Personal
2 Jurisdiction.  Upon consideration of the motion, any opposition thereto, the arguments of counsel,
3 and the entire record herein, this Court is of the opinion that Ricoh's motion should be and it
4 hereby is GRANTED.

6 IT IS SO ORDERED.

8 Dated: _____                    _____
9                                                                United States District Judge

- 1 -
[PROPOSED] ORDER GRANTING RICOH'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION
C-07-01942-PVT