1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  MARC G. VAN NIEKERK, State Bar No. 201329
   mvanniekerk@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
8  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
      EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>  Plaintiffs,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>  Defendant. | No. C 07-01942-PVT<br><br>**[PROPOSED] ORDER GRANTING RICOH'S MOTION TO STAY PENDING APPEAL** |

1    Now before the Court is Ricoh's Motion To Stay Pending Appeal. Upon consideration of the motion, any opposition thereto, the arguments of counsel, and the entire record herein, this Court is of the opinion that Ricoh's motion should be and it hereby is GRANTED. Proceedings in this case are stayed until entry of a final judgment of the Federal Circuit in the appeal pending before that court of the judgment dismissing the complaint against the plaintiffs herein of Civil Action No. 06-C-0462-C in the Western District of Wisconsin.

IT IS SO ORDERED.

Dated: _____      _____
                                                               United States District Judge

- 1 -
[PROPOSED] ORDER GRANTING RICOH'S MOTION TO STAY PENDING APPEAL
C-07-01942-PVT