1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  MARC G. VAN NIEKERK, State Bar No. 201329
   mvanniekerk@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
8  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
     EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Attorneys for Defendant

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17

18 ASUSTEK COMPUTER INC. and ASUS             No. C 07-01942-PVT
   COMPUTER INTERNATIONAL,
19                                            **[PROPOSED] ORDER GRANTING
                          Plaintiffs,         RICOH'S MOTION TO TRANSFER
20        vs.                                 UNDER § 1404(a)**

21 RICOH COMPANY, LTD.,

22                        Defendant.

23

24

25

26

27

28

Now before the Court is Ricoh's Motion To Transfer Under § 1404(a). Upon consideration of the motion, any opposition thereto, the arguments of counsel, and the entire record herein, this Court is of the opinion that Ricoh's motion should be and it hereby is GRANTED. The Clerk will transfer the case to the Western District of Wisconsin and close the file in this Court.

IT IS SO ORDERED.

Dated: _____              _____

United States District Judge