1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  MARC G. VAN NIEKERK, State Bar No. 201329
   mvanniekerk@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
8  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
     EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Attorneys for Defendant

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17

18 ASUSTEK COMPUTER INC. and ASUS          No. C 07-01942-PVT
   COMPUTER INTERNATIONAL,
19                                         **RICOH'S DECLINATION TO PROCEED
                                           BEFORE A MAGISTRATE JUDGE AND
                   Plaintiffs,             REQUEST FOR REASSIGNMENT TO A
20         vs.                             UNITED STATES DISTRICT JUDGE**

21 RICOH COMPANY, LTD.,

22                 Defendant.

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Ricoh Company, Ltd. ("Ricoh") hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 24, 2007

Respectfully submitted,

/s/ Donald P. Gagliardi

Donald P. Gagliardi
Marc G. van Niekerk
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Mark C. Hansen
J.C. Rozendaal
Richard H. Stern
Michael E. Joffre
KELLOGG, HUBER, HANSEN,
   TODD, EVANS & FIGEL, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036

Attorneys for Defendant
RICOH COMPANY, LTD.