**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **ASUSTEK COMPUTER, ET AL.,**<br><br>Plaintiff(s),<br><br>vs.<br><br>**RICOH COMPANY, LTD.**<br><br>Defendant(s). | **C 07-1942 PVT**<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: May 24, 2007

RICHARD W. WIEKING,
Clerk of Court

/s/ Corinne Lew
_____
By: Corinne Lew
Deputy Clerk