AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

ASUSTEK COMPUTER INC. AND ASUS
COMPUTER INTERNATIONAL

V.

RICOH COMPANY, LTD.

**SUMMONS IN A CIVIL ACTION**

E-FILING
ADR

CASE NUMBER:

**C07 01942 PVT**

TO: (Name and address of Defendant)
Ricoh Company, Ltd.
Ricoh Building, 8-13-1 Ginza
Chuo-ku, 104-8222 Tokyo
Japan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald S. Lemieux
Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                              4-5-07

CLERK                                                                         DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com