1  RONALD S. LEMIEUX (SBN 120822)
   ronlemieux@paulhastings.com
2  VIDYA R. BHAKAR (SBN 220210)
   vidbhakar@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square, Sixth Floor
4  Palo Alto, CA 94306-2155
   Telephone: (650) 320-1800
5  Facsimile: (650) 320-1900

6  Attorneys for Plaintiffs
   ASUSTeK Computer Inc. and Asus Computer International
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12 | ASUSTEK COMPUTER INC. AND        | CASE NO. C 07-01942 PVT
   | ASUS COMPUTER INTERNATIONAL,     |
13 |                                  | **CERTIFICATE OF SERVICE**
   |         Plaintiffs,              |
14 |                                  |
   |    vs.                           |
15 |                                  |
   | RICOH COMPANY, LTD.,             |
16 |                                  |
   |         Defendant.               |
17

18

19         I am employed in the County of Santa Clara, State of California. I am over the age

20 of 18, and not a party to the within action. My business address is Careful Attorney Service, 1117

21 Independence Avenue, Mountain View, CA 94043.

22         On April 17, 2007, I served true copies of the following documents, pursuant to

23 Federal Rule of Civil Procedure 4(f)(2)(C)(ii):

24                        **SUMMON IN CIVIL ACTION**
25                        **CIVIL COVER SHEET**
26                **COMPLAINT FOR DECLARATORY JUDGMENT**
27              **PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**
   **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR**
28                              **DEADLINES**

Case No. C 07-01942 PVT                                    CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES** |
| 2 | **STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL** |
| 3 | |
| 4 | **CONTENTS OF JOINT CASE MANAGEMENT STATEMENT** |
| 5 | **WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION** |
| 6 | **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE** |
| 7 | **GENERAL ORDER NO. 40, PROHIBITION OF BIAS** |
| 8 | **ECF REGISTRATION INFORMATION HANDOUT** |
| 9 | **GENERAL ORDER NO. 45, ELECTRONIC CASE FILING** |
| 10 | **NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION** |
| 11 | **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** |
| 12 | **INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5)** |
| 13 | |
| 14 | on the interested party by placing true and correct copies thereof in a sealed envelope, postage |
| 15 | thereon fully prepaid, with addressed as follows: |
| 16 | Shiro Kondo, President & CEO |
| | Ricoh Company, Ltd. |
| 17 | 8-13-1 Ginza, Chuo-ku |
| | Tokyo 104-8222 |
| 18 | Japan |
| 19 | and by depositing said envelope with the United States Postal Service at San Jose, California, |
| 20 | while accompanied by  Mark Zaffarano, Deputy Clerk, United States |
| 21 | District Court for the Northern District of California. |
| 22 | |
| 23 |     I declare under penalty of perjury under the laws of the United States that the |
| 24 | foregoing is true and correct. |
| 25 |     Executed on April 17, 2007, at San Jose, California. |
| 26 | |
| 27 | LEGAL_US_W # 56061965.1                           Jason Butler |
| 28 | |