RONALD S. LEMIEUX (SBN 120822)
ronlemieux@paulhastings.com
VIDYA R. BHAKAR (SBN 220210)
vidbhakar@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
ASUSTeK Computer Inc. and Asus Computer International

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | CASE NO. C 07-01942 PVT<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE** |

I, Sari J. Ellovich, declare:

1. I am a paralegal with the law firm of Paul, Hastings, Janofsky & Walker LLP, attorneys of record for Plaintiffs ASUSTeK Computer Inc. and ASUS Computer International. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2. On April 17, 2007 I caused the summons, complaint and accompanying documents to be served on Defendant Ricoh Company, Ltd. according to the procedures set forth in Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and as stated in the Certificate of Service being filed herewith. Attached hereto as Exhibit 1 are true and

1. correct copies of the receipts received at the time of mailing at the Colonnade Post Office in San Jose, California. The "Label No." for the package was EQ738076201US.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Track & Confirm page from the United States Postal Service website for the Label No. EQ738076201US showing delivery of the package in Japan.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter dated April 25, 2007 from Kiyoshi Kaneko, General Manager, License, Standard & Legal Center, Personal MultiMedia Products Company, Ricoh Company, Ltd. to Ronald S. Lemieux.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 24, 2007, at Palo Alto, California.

_____
Sari J. Ellovich

LEGAL_US_W # 56307140.1

# EXHIBIT 1
# TO CERTIFICATE OF SERVICE OF ASUSTEK'S COMPLAINT AND SUPPORTING DOCUMENTS

```
Colonnade Post Office
San Jose, California
951123679
0568370003 -0097
(800)275-8777          03:35:26 PM

04/17/2007      Sales Receipt
                Sale   Unit    Final
Product         Qty    Price   Price
Description

Japan - GEM with                $26.85
Guarantee
1 lb. 10.50 oz.
Label #:        E0738076201US
Postal Code     10482
Guaranteed delivery at destination:
                Monday, April 23, 2007
For GEM with Guarantee refund
information, call 1-800-222-1811.
Customs Form #: LC896467831US
Customer Postage               -$24.10
                               =======
                                 $2.75

Issue PVI:                       $2.75

Total:                           $2.75

Paid by:
Personal Check

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 10003016218891
Clerk: 08

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.

                Customer Copy
```

Express Mail receipt — Customer Copy, Label 11-B, March 2004

From: Paul Hastings, Five Palo Alto Square, 6th Floor, Palo Alto, CA 94306-2155, Phone (650)

To: Shiro Kondo, President, CEO, Ricoh Company Ltd., 8-13-01 Ginza, Chuo-ku, Tokyo, Japn 104-6222

ZIP+4: 10482

Country: JAPAN

PO ZIP Code: 95172
Date Accepted: 4/17/7
Time Accepted: 3:27 PM
Weight: 1 lbs 11 ozs
Day of Delivery: Monday
Postage: $26.85
Scheduled Date of Delivery: April 23
Scheduled Time of Delivery: 2007 3PM
Total Postage & Fees: $26.85
Int'l Alpha Country Code: JP

# EXHIBIT 3
# TO CERTIFICATE OF SERVICE OF ASUSTEK'S COMPLAINT AND SUPPORTING DOCUMENTS

Case 3:07-cv-01942-MHP    Document 15-3    Filed 05/24/2007    Page 5 of 10



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **EQ73 8076 201U S**
Detailed Results:

- Delivered Abroad, April 20, 2007, 9:50 am, JAPAN
- At Foreign Delivery Unit, April 20, 2007, 5:40 am, JAPAN
- Out of Foreign Customs, April 20, 2007, 3:46 am, JAPAN
- Into Foreign Customs, April 20, 2007, 12:43 am, JAPAN
- Arrived Abroad, April 20, 2007, 12:42 am, JAPAN
- International Dispatch, April 18, 2007, 2:44 am, SAN FRANCISCO AMC
- Enroute, April 18, 2007, 2:43 am, SAN FRANCISCO, CA 94128
- Enroute, April 17, 2007, 5:49 pm, SAN JOSE, CA 95101
- Acceptance, April 17, 2007, 3:33 pm, SAN JOSE, CA 95112

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                    4/24/2007

# EXHIBIT 2
# TO CERTIFICATE OF SERVICE OF ASUSTEK'S COMPLAINT AND SUPPORTING DOCUMENTS

# RICOH

**RICOH COMPANY, LTD.**
Tel : 045-477-1601; Fax : 045-477-1661
3-2-3, Shin-Yokohama,
Kohoku-ku, Yokohama 222-8530, Japan

April 25, 2007

Ronald S. Lemieux, Esq.
Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155

Dear Mr. Lemieux,

We received the enclosed summons delivered to Ricoh by courier at our headquarters in Tokyo and inadvertently opened the envelope without knowing its contents. Ricoh has not waived its rights to receive service of process pursuant to the procedures required by the Hague Convention on the Service Abroad of Judicial and Extra judicial Documents (the "Hague Convention"), and the delivery of the summons by courier is therefore not adequate to effect service. We accordingly return the original of your summons with this letter.

Sincerely yours,

Kiyoshi Kaneko
General Manager
License, Standard & Legal Center
Personal MultiMedia Products Company

C/C   Hisao Tatsumi
      RICOH

# FedEx International Air Waybill

**POWERSHIP PREPRINT**

## 1 From
- **Date:** 04/25/07
- **Sender's FedEx Account Number:** 2496-0501-8
- **Sender's Name:** Hisao Tatsumi
- **Phone:** 81-45-477-1831
- **Company:** RICOH COMPANY, LTD.
- **Address:** 3-2-3 SHIN-YOKOHAMA
- **Address:** KOHOKU-KU
- **City:** YOKOHAMA
- **Prefecture:** KANAGAWA
- **Postal Code:** 2228580
- **Country:** JAPAN

## 2 To
- **Recipient's Name:** Mr. Ronald S. Lemieux, Esq.
- **Company:** Paul, Hastings, Janofsky & Walker LLP
- **Address:** Five Palo Alto Square, Sixth Floor
- **City:** Palo Alto
- **State/Province:** CA
- **ZIP/Postal Code:** 94306-2155
- **Country:** U.S.A

## 3 Shipment Information
- **Total Packages:** 1
- **Total Weight:** 0.7 kg
- **Commodity Description:** DOCUMENTS
- **Country of Manufacture:** JP
- **Total Value for Customs:** NCV

## 4 Express Package Service
- [✓] 1 FedEx Intl. Priority
- [ ] 6 FedEx Intl. First
- [ ] 3 FedEx Intl. Economy

## 5 Packaging
- [ ] 6 FedEx Envelope
- [✓] 2 FedEx Pak
- [ ] 3 FedEx Box
- [ ] 4 FedEx Tube
- [ ] PW FedEx 10kg Box
- [ ] PX FedEx 25kg Box
- [ ] 1 Other

## 6 Special Handling
- [ ] 1 HOLD at FedEx Location
- [ ] 3 SATURDAY Delivery

## 7a Payment Bill transportation charges to:
- [✓] 1 Sender
- [ ] 2 Recipient
- [ ] 3 Third Party
- [ ] 4 Credit Card
- [ ] 5 Cash/Check/Cheque

## 7b Payment Bill duties and taxes to:
- [✓] 1 Sender
- [ ] 2 Recipient
- [ ] 3 Third Party
- [ ] 4 Cash/Check/Cheque

## 9 Additional Information
Sender's Signature: A. Shimizu

**FedEx Tracking Number:** 8563 1870 5234

**Origin Station ID:** OAK
**Destination Station ID:** 0416
**URSA Routing:** Q2PA

Barcode: 8563 1870 5234 (repeated on PACKAGE LABEL, COMMERCIAL INVOICE LABEL, DELIVERY RECORD LABEL, DELIVERY REATTEMPT LABEL)

Form ID No. 513





**United States Postal Service — Customs Declaration CN 22**

To be opened officially. See Instructions on Reverse.
Do not duplicate without USPS approval.

☐ Gift   ☐ Commercial sample
☒ Documents   ☐ Other

Quantity and detailed description of contents (1)

Weight (2) lb. oz.
Value (3) (US $)

For commercial items only:
HS tariff number (4) and country of origin of goods (5)

Total Weight (6)
Total Value (7) (US $)

I, the undersigned, whose name and address are given on the item, certify that the particulars given in this declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

Date and sender's signature (8): 4/17/07

PS Form 2976, January 2004

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square
Sixth Floor
Palo Alto, CA 94306-2155

Shiro Kondo, President & CEO
Ricoh Company, Ltd.
8-13-1 Ginza, Chuo-ku
Tokyo 104-8222 Japan

(E) 58785.00011



EQ 738076201 US

**EXPRESS MAIL — Mailing Label**
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE — Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 95172
Day of Delivery: MONDAY
Postage: $26.85
Date Accepted: Mo 4 Day 17 Year 7
Scheduled Date of Delivery: April 23
Return Receipt Fee: $
Time Accepted: 3:27 PM
Scheduled Time of Delivery: 10:00 (Noon)
COD Fee: $
Insurance Fee: $
Military: ☐
Total Postage & Fees: $26.85
Flat Rate ☐ or Weight: 1 lb 11 oz
Int'l Alpha Country Code: J P
Acceptance Emp. Initials: [signature]

**DELIVERY (POSTAL USE ONLY)**
Delivery Attempt Mo/Day, Time, AM/PM, Employee Signature
Delivery Attempt Mo/Day, Time, AM/PM, Employee Signature
Delivery Date Mo/Day, Time, AM/PM, Employee Signature

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.
WAIVER OF SIGNATURE
NO DELIVERY ☐ Weekend ☐ Holiday

FROM: (PLEASE PRINT) PHONE (650)
Paul Hastings
Five Palo Alto Square
6th Floor
Palo Alto, CA 94306-2155

TO: (PLEASE PRINT) PHONE ( )
Shiro Kondo, President, CEO
Ricoh Company, Ltd.
8-13-01 Ginza, Chuo-ku
Tokyo, Japan 104-8222

ZIP+4: 10482+

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.
JAPAN

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811