1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  MARC G. VAN NIEKERK, State Bar No. 201329
   mvanniekerk@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
8  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
     EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | No. C 07-01942-MHP<br><br>**NOTICE OF ENTRY OF ORDER GRANTING PRO HAC VICE APPLICATION OF JOHN CHRISTOPHER ROZENDAAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Order Granting Application For Admission of John Christopher Rozendaal Pro Hac Vice was entered by the Honorable Patricia V. Trumbull on May 21, 2007 and filed by the Clerk of the Court on May 22, 2007. A true and correct copy of the Order is attached hereto as Exhibit A.

Dated: May 29, 2007            BERGESON, LLP


By  /s/ Donald P. Gagliardi

Donald P. Gagliardi
Marc G. van Niekirk
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Mark C. Hansen
J.C. Rozendaal
Richard H. Stern
Michael E. Joffre
KELLOGG, HUBER, HANSEN,
    TODD, EVANS & FIGEL, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036

Attorneys for Defendant
RICOH COMPANY, LTD.

**EXHIBIT A**

1  DANIEL J. BERGESON, State Bar No. 105439
   MELINDA M. MORTON, State Bar No. 209373
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
4  Facsimile:  (408) 297-6000

5  MARK C. HANSEN
   J.C. ROZENDAAL
6  KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
   Sumner Square
7  1615 M Street, NW, Suite 400
   Washington, DC 20036
8  Telephone: (202) 326-7900
   Facsimile:  (202) 326-7999

9  Attorneys for Plaintiff

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                  SAN JOSE DIVISION

14

15  ASUSTEK COMPUTER INC. AND          Case No. C07 01942 PVT
    ASUS COMPUTER INTERNATIONAL,
16                                     (Proposed) ORDER GRANTING
                    Plaintiffs,        APPLICATION FOR ADMISSION OF
17                                     ATTORRNEY *PRO HAC VICE*
        v.
18
    RICOH COMPANY, LTD.,
19
                    Defendant.
20

21      John Christopher Rozendaal, an active member in good standing of the bars of the State of

22  Virginia and the District of Columbia whose business address and telephone number is:

23  Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
    1615 M Street, NW, Suite 400
24  Washington, DC 20036
    (202) 326-7985
25

26  having applied in the above-entitled action for admission to practice in the Northern District of

27  California on a *pro hac vice* basis, representing Ricoh Company, LTD.

28

                                         - 1 -

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  shall constitute notice to party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/21/07

Patricia V. Trumbull
United States Magistrate Judge

- 2 -