1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  MARC G. VAN NIEKERK, State Bar No. 201329
   mvanniekerk@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
8  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
     EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Attorneys for Defendant

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17

                                          |  No. C 07-01942-MHP
18  ASUSTEK COMPUTER INC. and ASUS         |
    COMPUTER INTERNATIONAL,                |  **NOTICE OF ENTRY OF ORDER**
19                                         |  **GRANTING PRO HAC VICE APPLICATION**
                          Plaintiffs,      |  **OF MICHAEL E. JOFFRE**
20        vs.                              |

21  RICOH COMPANY, LTD.,

22                        Defendant.

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Order Granting Application For Admission of Michael E. Joffre Pro Hac Vice was entered by the Honorable Patricia V. Trumbull on May 21, 2007 and filed by the Clerk of the Court on May 22, 2007. A true and correct copy of the Order is attached hereto as Exhibit A.

Dated: May 29, 2007                    BERGESON, LLP


                                       By  /s/ Donald P. Gagliardi

                                       Donald P. Gagliardi
                                       Marc G. van Niekirk
                                       BERGESON, LLP
                                       303 Almaden Boulevard, Suite 500
                                       San Jose, CA 95110-2712
                                       Telephone: (408) 291-6200
                                       Facsimile: (408) 297-6000

                                       Mark C. Hansen
                                       J.C. Rozendaal
                                       Richard H. Stern
                                       Michael E. Joffre
                                       KELLOGG, HUBER, HANSEN,
                                          TODD, EVANS & FIGEL, PLLC
                                       1615 M Street, NW, Suite 400
                                       Washington, DC 20036

                                       Attorneys for Defendant
                                       RICOH COMPANY, LTD.

- 1 -
NOTICE OF ENTRY OF ORDER GRANTING PRO HAC VICE APPLICATION OF
MICHAEL E. JOFFRE
C-07-01942-PVT

# EXHIBIT A

1  DANIEL J. BERGESON, State Bar No. 105439
   MELINDA M. MORTON, State Bar No. 209373
2  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
3  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
4  Facsimile:  (408) 297-6000

5  MARK C. HANSEN
   J.C. ROZENDAAL
6  KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
   Sumner Square
7  1615 M Street, NW, Suite 400
   Washington, DC 20036
8  Telephone:  (202) 326-7900
   Facsimile:  (202) 326-7999

9
   Attorneys for Plaintiffs
10

11

12

13

14

15

16

17

18

19

20

**FILED**

MAY 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**RECEIVED**

MAY 2 1 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND<br>ASUS COMPUTER INTERNATIONAL,<br><br>                              Plaintiffs,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>                              Defendant. | Case No. C07 01942 PVT<br><br>**(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORRNEY *PRO HAC VICE*** |

21      Michael E. Joffre, an active member in good standing of the bar of the state of

22  Massachusetts whose business address and telephone number is:

23  Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
    1615 M Street, NW, Suite 400
24  Washington, DC 20036
    (202) 326-7952
25

26  having applied in the above-entitled action for admission to practice in the Northern District of

27  California on a *pro hac vice* basis, representing Ricoh Company, LTD.

28

-1-

1        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2    conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*

3    *vice*. Service of papers upon and communication with co-counsel designated in the application

4    shall constitute notice to party. All future filings in this action are subject to the requirements

5    contained in General Order No. 45, *Electronic Case Filing*.

6

7    Dated: 5/21/07

                                      Patricia V. Trumbull

8                                          United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28