1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  MARC G. VAN NIEKERK, State Bar No. 201329
   mvanniekerk@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
8  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
     EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | No. C 07-01942-MHP<br><br>**NOTICE OF ENTRY OF ORDER GRANTING PRO HAC VICE APPLICATION OF MARK C. HANSEN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Order Granting Application For Admission of Mark C. Hansen Pro Hac Vice was entered by the Honorable Patricia V. Trumbull on May 21, 2007 and filed by the Clerk of the Court on May 22, 2007. A true and correct copy of the Order is attached hereto as Exhibit A.

Dated: May 29, 2007                     BERGESON, LLP


                                        By  /s/ Donald P. Gagliardi

                                        Donald P. Gagliardi
                                        Marc G. van Niekirk
                                        BERGESON, LLP
                                        303 Almaden Boulevard, Suite 500
                                        San Jose, CA 95110-2712
                                        Telephone: (408) 291-6200
                                        Facsimile: (408) 297-6000

                                        Mark C. Hansen
                                        J.C. Rozendaal
                                        Richard H. Stern
                                        Michael E. Joffre
                                        KELLOGG, HUBER, HANSEN,
                                            TODD, EVANS & FIGEL, PLLC
                                        1615 M Street, NW, Suite 400
                                        Washington, DC 20036

                                        Attorneys for Defendant
                                        RICOH COMPANY, LTD.

# EXHIBIT A

```
 1 │ DANIEL J. BERGESON, State Bar No. 105439
   │ MELINDA M. MORTON, State Bar No. 209373
 2 │ BERGESON, LLP
   │ 303 Almaden Boulevard, Suite 500
 3 │ San Jose, CA 95110-2712
   │ Telephone: (408) 291-6200
 4 │ Facsimile:  (408) 297-6000
 5 │ MARK C. HANSEN
   │ J.C. ROZENDAAL
 6 │ KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
   │ Sumner Square
 7 │ 1615 M Street, NW, Suite 400
   │ Washington, DC 20036
 8 │ Telephone: (202) 326-7900
   │ Facsimile:  (202) 326-7999
 9 │
   │ Attorneys for Plaintiffs
10 │
```

**FILED MAY 22 2007**
RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

**RECEIVED MAY 21 2007**
RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>                Plaintiffs,<br><br>     v.<br><br>RICOH COMPANY, LTD.,<br><br>                Defendant. | Case No. C07 01942 PVT<br><br>(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORRNEY *PRO HAC VICE* |

Mark C. Hansen, an active member in good standing of the bars of the Commonwealth of Massachusetts and the District of Columbia whose business address and telephone number is:

Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036
(202) 326-7904

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ricoh Company, LTD.

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
3   *vice*. Service of papers upon and communication with co-counsel designated in the application
4   shall constitute notice to party. All future filings in this action are subject to the requirements
5   contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/21/07

Patricia V. Trumbull
United States Magistrate Judge