1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  MARC G. VAN NIEKERK, State Bar No. 201329
   mvanniekerk@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
8  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
     EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Attorneys for Defendant

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18 ASUSTEK COMPUTER INC. and ASUS         No. C 07-01942-MHP
   COMPUTER INTERNATIONAL,
19                                        **NOTICE OF ENTRY OF ORDER
                                          GRANTING PRO HAC VICE APPLICATION
                          Plaintiffs,     OF RICHARD H. STERN**
20     vs.

21 RICOH COMPANY, LTD.,

22                        Defendant.

23

24

25

26

27

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the Order Granting Application For Admission of Richard H. Stern Pro Hac Vice was entered by the Honorable Patricia V. Trumbull on May 21, 2007 and filed by the Clerk of the Court on May 22, 2007. A true and correct copy of the Order is attached hereto as Exhibit A.

Dated: May 29, 2007

BERGESON, LLP

By /s/ Donald P. Gagliardi

Donald P. Gagliardi
Marc G. van Niekirk
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Mark C. Hansen
J.C. Rozendaal
Richard H. Stern
Michael E. Joffre
KELLOGG, HUBER, HANSEN,
   TODD, EVANS & FIGEL, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036

Attorneys for Defendant
RICOH COMPANY, LTD.

# EXHIBIT A

```
 1 | DANIEL J. BERGESON, State Bar No. 105439
   | MELINDA M. MORTON, State Bar No. 209373
 2 | BERGESON, LLP
   | 303 Almaden Boulevard, Suite 500
 3 | San Jose, CA 95110-2712
   | Telephone: (408) 291-6200
 4 | Facsimile:  (408) 297-6000
 5 | MARK C. HANSEN
   | J.C. ROZENDAAL
 6 | KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
   | Sumner Square
 7 | 1615 M Street, NW, Suite 400
   | Washington, DC 20036
 8 | Telephone: (202) 326-7900
   | Facsimile:  (202) 326-7999
 9 |
   | Attorneys for Plaintiffs
10 |
```

FILED MAY 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED MAY 2 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | Case No. C07 01942 PVT<br><br>(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORRNEY *PRO HAC VICE* |

Richard H. Stern, an active member in good standing of the bars of the State of Connecticut and the District of Columbia whose business address and telephone number is:

Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036
(202) 326-7950

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ricoh Company, LTD.

- 1 -

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  shall constitute notice to party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/21/07

Patricia V. Trumbull
United States Magistrate Judge

-2-