RONALD S. LEMIEUX (SBN 120822)
ronlemieux@paulhastings.com
VIDYA R. BHAKAR (SBN 220210)
vidbhakar@paulhastings.com
SHANÉE Y. WILLIAMS (SBN 221310)
shaneewilliams@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. AND
ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICOH COMPANY, LTD.,<br><br>    Defendant. | CASE NO. C 07-01942-MHP<br><br>**NOTICE OF APPEARANCE OF SHANÉE Y. WILLIAMS** |

    Shanée Y. Williams of Paul, Hastings, Janofsky & Walker LLP hereby enters her appearance as an attorney of record for plaintiffs ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL.

| | | |
|---|---|---|
| 1 | DATED:  June 25, 2007 | Respectfully submitted, |
| 2 | | RONALD S. LEMIEUX |
| | | VID BHAKAR |
| 3 | | SHANÉE Y. WILLIAMS |
| | | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 4 | | |
| 5 | | |
| | | By:            */s/ Shanée Y. Williams* |
| 6 | |                SHANÉE Y. WILLIAMS |
| 7 | | Attorneys for Plaintiffs |
| | | ASUSTEK COMPUTER INC. and ASUS COMPUTER |
| 8 | | INTERNATIONAL |

LEGAL_US_W # 56401698.1

NOTICE OF APPEARANCE OF
SHANÉE Y. WILLIAMS

-2-

CASE NO. C 07-01942-MHP