RONALD S. LEMIEUX (SBN 120822)
ronlemieux@paulhastings.com
VIDYA R. BHAKAR (SBN 220210)
vidbhakar@paulhastings.com
SHANÉE Y. WILLIAMS (SBN 221310)
shaneewilliams@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306-2155
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. AND
ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | CASE NO. C 07-01942-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, this action is scheduled for an initial Case Management Conference on Monday, July 16, 2007 at 4:00 p.m.;

WHEREAS, Plaintiffs' lead trial counsel is scheduled for trial in the United States District Court for the Eastern District of Texas to begin on July 16, 2007;

WHEREAS, the Court's website indicates the Honorable Marilyn Hall Patel is unavailable August 4-August 24, 2007;

WHEREAS the parties have met and conferred to ascertain a mutually agreeable date to continue the initial Case Management Conference;

IT IS HERBY STIPULATED AND AGREED, by and between the undersigned attorneys

STIPULATION & [PROPOSED] ORDER CONTINUING CMC    -1-    CASE NO. C 07-01942-MHP

1  for the respective parties, and subject to the approval of the Court that:

2      1.   The Case Management Conference shall be continued to Monday, August 27,
3  2007 at 4:00 p.m.

4      2.   The Joint Case Management Statement is due August 17, 2007.

7  DATED: June 25, 2007            By: */s/ Shanée Y. Williams*
                                       RONALD S. LEMIEUX
8                                      VIDYA R. BHAKAR
                                       SHANÉE Y. WILLIAMS
9                                      PAUL, HASTINGS, JANOFSKY & WALKER LLP

10                                     Attorneys for Plaintiffs
                                       ASUSTEK COMPUTER INC. and ASUS
11                                     COMPUTER INTERNATIONAL

13  DATED: June 25, 2007            By: */s/ J.C. Rozendaal*
                                       Mark C. Hansen, *pro hac vice*
14                                     J.C. Rozendaal, *pro hac vice*
                                       Richard H. Stern, *pro hac vice*
15                                     Michael E. Joffre, *pro hac vice*
                                       KELLOGG, HUBER, HANSEN, TODD, EVANS &
16                                     FIGEL, PLLC

17                                     Daniel J. Bergeson
                                       Donald P. Gagliardi
18                                     Marc G. Van Niekerk
                                       BERGESON, LLP
19
                                       Attorneys for Defendant
20                                     RICOH COMPANY, LTD

STIPULATION & [PROPOSED] ORDER                                CASE NO. C 07-01942-MHP
CONTINUING CMC                        -2-

| | |
|---|---|
| 1 | **CERTIFICATE OF CONFERENCE** |

2  The undersigned hereby certifies that counsel for Defendant met and conferred with J.C.
3  Rozendaal, counsel for Defendants, and Defendants agreed to this Stipulation and [Proposed]
4  Order Continuing Case Management Conference but was not signed to avoid delay.

                                      */s/ Shanée Y. Williams*
                                      SHANÉE Y. WILLIAMS

11  PURSUANT TO STIPULATION, IT IS SO ORDERED, this _____ day of _____,
12  2007.

                                        Honorable Marilyn Hall Patel
                                        United States District Court Judge

LEGAL_US_W # 56501363.1