1  RONALD S. LEMIEUX (SBN 120822)
   ronlemieux@paulhastings.com
2  VIDYA R. BHAKAR (SBN 220210)
   vidbhakar@paulhastings.com
3  SHANÉE Y. WILLIAMS (SBN 221310)
   shaneewilliams@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square, Sixth Floor
5  Palo Alto, CA  94306-2155
   Telephone:  (650) 320-1800
6  Facsimile:  (650) 320-1900

7  Attorneys for Plaintiffs
   ASUSTEK COMPUTER INC. AND
8  ASUS COMPUTER INTERNATIONAL

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 ASUSTEK COMPUTER INC. and ASUS        CASE NO. C 07-01942-MHP
   COMPUTER INTERNATIONAL,
14                                       **DECLARATION OF SHANÉE Y.
                  Plaintiffs,            WILLIAMS PURSUANT TO CIVIL
15                                       L.R. 6-2**
       v.
16
   RICOH COMPANY, LTD.,
17
                  Defendant.
18

19         I, Shanée Y. Williams, hereby declare as follows:

20         1.     I am an attorney admitted to practice before this Court and am an associate with

21 the law firm Paul, Hastings, Janofsky & Walker LLP, attorneys for Plaintiffs Asustek Computer

22 Inc. and Asus Computer International in the above-captioned matter.  If called upon to testify, I

23 could and would do so competently as to the matters set forth herein.

24         2.     The parties seek the requested continuance of the initial Case Management

25 Conference currently scheduled for July 16, 2007 because Plaintiff's lead trial counsel is

26 scheduled for trial in the United States District Court for the Eastern District of Texas to begin on

27 July 16, 2007, and the next available date for the parties falls with the August 4-August 24, 2007

28

WILLIAMS DECLARATION PURSUANT                -1-                    CASE NO. C 07-01942-MHP
TO CIVIL L.R. 6-2

1  time period in which the Court is unavailable as indicated on the Court's website.  Accordingly,
2  the first available date for the initial Case Management Conference is August 27, 2007.
3    3. The parties have not previously requested any time modifications.
4    4. The requested time modification will not effect any currently scheduled date other
5  than the date to submit the Joint Case Management Statement, which would be due on August 17,
6  2007 pursuant to the parties' stipulation.
7   I declare under penalty of perjury of the laws of the United States that the foregoing is true
8  and correct.  Executed this 25th day of June, 2007, at Palo Alto, California.

By: */s/ Shanée Y. Willaims*
  SHANÉE Y. WILLIAMS

LEGAL_US_W # 56501363.1

WILLIAMS DECLARATION PURSUANT
TO CIVIL L.R. 6-2   -2-   CASE NO. C 07-01942-MHP