1  RONALD S. LEMIEUX (SBN 120822)
   ronlemieux@paulhastings.com
2  VIDYA R. BHAKAR (SBN 220210)
   vidbhakar@paulhastings.com
3  SHANÉE Y. WILLIAMS (SBN 221310)
   shaneewilliams@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square, Sixth Floor
5  Palo Alto, CA  94306-2155
   Telephone:  (650) 320-1800
6  Facsimile:  (650) 320-1900

7  Attorneys for Plaintiffs
   ASUSTEK COMPUTER INC. AND
8  ASUS COMPUTER INTERNATIONAL

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | CASE NO. C 07-01942-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>AS AMENDED BY COURT |

   WHEREAS, this action is scheduled for an initial Case Management Conference on Monday, July 16, 2007 at 4:00 p.m.;

   WHEREAS, Plaintiffs' lead trial counsel is scheduled for trial in the United States District Court for the Eastern District of Texas to begin on July 16, 2007;

   WHEREAS, the Court's website indicates the Honorable Marilyn Hall Patel is unavailable August 4-August 24, 2007;

   WHEREAS the parties have met and conferred to ascertain a mutually agreeable date to continue the initial Case Management Conference;

   IT IS HERBY STIPULATED AND AGREED, by and between the undersigned attorneys

STIPULATION & [PROPOSED] ORDER                    -1-                    CASE NO. C 07-01942-MHP
CONTINUING CMC

1  for the respective parties, and subject to the approval of the Court that:

2      1.    The Case Management Conference shall be continued to Monday, ~~August 27~~ September 10,

3  2007 at 4:00 p.m.

4      2.    The Joint Case Management Statement is due ~~August 17, 2007~~ September 4, 2007.

7  DATED: June 25, 2007      By: */s/ Shanée Y. Williams*
        RONALD S. LEMIEUX
        VIDYA R. BHAKAR
        SHANÉE Y. WILLIAMS
        PAUL, HASTINGS, JANOFSKY & WALKER LLP

        Attorneys for Plaintiffs
        ASUSTEK COMPUTER INC. and ASUS
        COMPUTER INTERNATIONAL

13  DATED: June 25, 2007      By: */s/ J.C. Rozendaal*
        Mark C. Hansen, *pro hac vice*
        J.C. Rozendaal, *pro hac vice*
        Richard H. Stern, *pro hac vice*
        Michael E. Joffre, *pro hac vice*
        KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC

        Daniel J. Bergeson
        Donald P. Gagliardi
        Marc G. Van Niekerk
        BERGESON, LLP

        Attorneys for Defendant
        RICOH COMPANY, LTD

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant met and conferred with J.C. Rozendaal, counsel for Defendants, and Defendants agreed to this Stipulation and [Proposed] Order Continuing Case Management Conference but was not signed to avoid delay.

*/s/ Shanée Y. Williams*
SHANÉE Y. WILLIAMS

PURSUANT TO STIPULATION, IT IS SO ORDERED, this  3rd  day of  July  , 2007.

_____
Honorable Marilyn Hall Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL_US_W # 56501363.1