1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  MARC G. VAN NIEKERK, State Bar No. 201329
   mvanniekerk@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
8  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Attorneys for Defendant

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17
                                          No. C 07-01942-MHP
18 ASUSTEK COMPUTER INC. and ASUS
   COMPUTER INTERNATIONAL,                **RICOH'S AMENDED NOTICE OF MOTION
19                                         TO DISMISS FOR INSUFFICIENT SERVICE,
                                           TO STAY PENDING APPEAL, TO
                       Plaintiffs,         TRANSFER UNDER § 1404(a), TO DECLINE
20      vs.                                TO ENTERTAIN DECLARATORY
                                           JUDGMENT JURISDICTION, AND TO
21 RICOH COMPANY, LTD.,                    DISMISS FOR LACK OF PERSONAL
                                           JURISDICTION**
22                     Defendant.

23
                                          Hearing:   TBA
24                                        Time:      10:00 a.m.
                                          Dept.:     Courtroom 15
25                                        Judge:     Honorable Marilyn Hall Patel

26

27

28
   RICOH'S AMENDED NOTICE OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE, TO STAY PENDING
     APPEAL, TO TRANSFER UNDER § 1404(a), TO DECLINE TO ENTERTAIN DECLARATORY
        JUDGMENT JURISDICTION, AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION
                                   C-07-01942-PVT

**AMENDED NOTICE OF MOTION**

PLEASE TAKE NOTICE that on a date to be determined at the Initial Case Management Conference before the Honorable Marilyn Hall Patel, U.S. District Judge, in Courtroom 15 of the above-captioned Court, located at 450 Golden Gate Avenue, San Francisco, California, defendant Ricoh Company, Ltd. ("Ricoh") will and hereby does move (1) to dismiss the complaint for insufficiency of service; (2) to stay this action until the Federal Circuit has decided an appeal of the dismissal on jurisdictional grounds of Ricoh's substantially identical patent infringement case against AsusTek Computer Inc. and ASUS Computer International (collectively, "ASUS") in the Western District of Wisconsin; (3) to transfer this action to the Western District of Wisconsin, where substantial discovery of the same issues has already taken place; (4) to exercise this Court's discretion to dismiss this declaratory-judgment action to avoid duplication of judicial effort; and/or (5) to dismiss the complaint for lack of personal jurisdiction. This motion is based on this amended notice of motion, the previously filed memorandum of points and authorities with accompanying Nagashima Declaration and Katsuyama Declaration (all under Docket No. 12), the argument of counsel, and the Court's files in this matter, and such additional evidence and argument as may hereinafter be presented.

- 1 -

1  Dated: July 24, 2007                    Respectfully submitted,

2

3                                            /s/ Donald P. Gagliardi

4                                          Donald P. Gagliardi
                                           Marc G. van Niekirk
5                                          BERGESON, LLP
                                           303 Almaden Boulevard, Suite 500
6                                          San Jose, CA 95110-2712
                                           Telephone: (408) 291-6200
7                                          Facsimile: (408) 297-6000

8                                          Mark C. Hansen
                                           J.C. Rozendaal
9                                          Richard H. Stern
                                           Michael E. Joffre
10                                         KELLOGG, HUBER, HANSEN,
                                             TODD, EVANS & FIGEL, PLLC
11                                         1615 M Street, NW, Suite 400
                                           Washington, DC 20036
12
13                                         Attorneys for Defendant
                                           RICOH COMPANY, LTD.
14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                      - 2 -
28
RICOH'S AMENDED NOTICE OF MOTION TO DISMISS FOR INSUFFICIENT SERVICE, TO STAY PENDING
APPEAL, TO TRANSFER UNDER § 1404(a), TO DECLINE TO ENTERTAIN DECLARATORY
JUDGMENT JURISDICTION, AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION
C-07-01942-PVT