DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, State Bar No. 138979
dgagliardi@be-law.com
MARC G. VAN NIEKERK, State Bar No. 201329
mvanniekerk@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN, *pro hac vice*
mhansen@khhte.com
J.C. ROZENDAAL, *pro hac vice*
jrozendaal@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER INC. et al., | No. C 07-01942 MHP |
| Plaintiffs, | |
| v. | **RICOH'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| RICOH COMPANY, LTD., | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons have a financial interest in Ricoh Company, Ltd., as defined by 28 U.S.C. § 455(d)(4), because they are listed in the annual report for fiscal year 2007 as members of the board of directors of Ricoh Company, Ltd.:

Masamitsu Sakurai (Chairman)
Shiro Kondo
Koichi Endo
Masayuki Matsumoto
Katsumi Yoshida
Takashi Nakamura
Kazunori Azuma
Zenji Miura
Kiyoshi Sakai
Takaaki Wakasugi
Takuya Goto

Dated: September 4, 2007

Respectfully submitted,

_____/s/_____
Donald P. Gagliardi
Marc van Niekerk
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000


_____/s/_____
Mark C. Hansen
J.C. Rozendaal
Richard H. Stern
Michael E. Joffre
KELLOGG, HUBER, HANSEN,
   TODD, EVANS & FIGEL, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036

Attorneys for Defendant
RICOH COMPANY, LTD.

-1-
RICOH'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
C 07-01942 MHP