**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: September 10, 2007

Case No.   C 07-1942  MHP                    Judge: MARILYN H. PATEL

Title: ASUSTEK COMPUTER INC et al -v- RICOH COMPANY LTD et al

Attorneys:  Plf: Ronald Levieux, Shanee Williams
            Dft: Donald Gagliardi, Michael Jaffre

Deputy Clerk:  Anthony Bowser   Court Reporter: James Yeomans

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Defense counsel accepts service; Answer to be filed by 9/17/2007;

Briefing schedules as follows:

> Motions to be filed by 9/17/2007;
> Oppositions to be filed by 10/8/2007;
> Replies to be filed by 10/15/2007;
> Hearing reserved for 2:00 pm on 10/29/2007;

Matter referred to EAI for mediation/settlement;