1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  MARC G. VAN NIEKERK, State Bar No. 201329
   mvanniekerk@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
8  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
9  RICHARD H. STERN, *pro hac vice*
   rstern@khhte.com
10 KELLOGG, HUBER, HANSEN, TODD,
     EVANS & FIGEL, PLLC
11 Sumner Square
   1615 M Street, NW, Suite 400
12 Washington, DC 20036
   Telephone: (202) 326-7900
13 Facsimile: (202) 326-7999

14 Attorneys for Defendant Ricoh Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>            Plaintiffs,<br><br>   vs.<br><br>RICOH COMPANY, LTD.,<br><br>            Defendant. | Case No. C07-01942 MHP<br><br>**[PROPOSED] ORDER GRANTING RICOH'S MOTION TO STAY PENDING APPEAL**<br><br>**Hearing:** October 29, 2007<br>**Time:**    2:00 p.m.<br>**Dept.:**   Ctrm 15, 18th Floor<br>**Judge:**   Honorable Marilyn Hall Patel |

1   Now before the Court is Ricoh's Motion To Stay Pending Appeal.  Upon consideration of
2   the motion, any opposition thereto, the arguments of counsel, and the entire record herein, this
3   Court is of the opinion that Ricoh's motion should be and it hereby is GRANTED.  Proceedings in
4   this case are stayed pending the issuance of the mandate of the Federal Circuit in Ricoh's appeal
5   of the judgment dismissing the complaint against the plaintiffs herein of Civil Action No. 06-C-
6   0462-C in the Western District of Wisconsin.

8   IT IS SO ORDERED.

10  Dated: _____, 2007          _____
                                                     Honorable Judge Marilyn H. Patel
11                                                   UNITED STATES DISTRICT JUDGE