RONALD S. LEMIEUX (SBN 120822)
ronlemieux@paulhastings.com
MICHAEL N. EDELMAN (SBN 180948)
michaeledelman@paulhastings.com
VIDYA R. BHAKAR (SBN 220210)
vidbhakar@paulhastings.com
SHANÉE Y. WILLIAMS (SBN 221310)
shaneewilliams@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. AND
ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | CASE NO. C 07-01942-MHP<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR OCTOBER 29, 2007 HEARING** |

WHEREAS, Plaintiffs Asustek Computer Inc. and ASUS Computer International (collectively "Asustek") have indicated they intend to bring a motion for the October 29, 2007 hearing to dismiss the third counterclaim for infringement of the '109 Patent asserted by Defendant Ricoh Company, Ltd. ("Ricoh");

WHEREAS, the parties have agreed that further meet and confer between the parties may be productive in order to resolve the issues raised by Asustek; and

WHEREAS, the parties have agreed to modify the briefing schedule on Asustek's motion in order to allow more time for the parties to meet and confer.

STIPULATION REGARDING BRIEFING SCHEDULE
FOR OCTOBER 29, 2007 HEARING                                                                                                CASE NO. C 07-01942-MHP

1 | THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

2 |    1. The hearing on Asustek's motion shall be on October 29, 2007 at 2:00 p.m.

3 |    2. Asustek's motion to dismiss shall be filed and served on or before October 1, 2007.

4 |    3. Ricoh's opposition to the motion shall be filed and served on or before October 15, 2007.

5 |    4. Asustek's reply in support of the motion shall be filed and served on or before October

6 |       22, 2007.

DATED: September 24, 2007          Respectfully submitted,

RONALD S. LEMIEUX
MICHAEL N. EDELMAN
VIDYA R. BHAKAR
SHANÉE Y. WILLIAMS
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: _____/s/_____
     MICHAEL EDELMAN

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL

DATED: September 24, 2007          J.C. Rozendaal, pro hac vice
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC

Daniel J. Bergeson
Donald P. Gagliardi
Marc G. Van Niekerk
BERGESON, LLP


By: _____/s/_____
     J.C. ROZENDAAL

Attorneys for Defendant
RICOH COMPANY, LTD

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that concurrence in the filing of this Stipulation and [Proposed] Order has been obtained from J.C. Rozendaal, counsel for Defendant.

                        */s/ Michael N. Edelman*
                        MICHAEL N. EDELMAN

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September ___, 2007

                        Honorable Marilyn H. Patel