1  RONALD S. LEMIEUX (SBN 120822)
   ronlemieux@paulhastings.com
2  MICHAEL N. EDELMAN (SBN 180948)
   michaeledelman@paulhastings.com
3  VIDYA R. BHAKAR (SBN 220210)
   vidbhakar@paulhastings.com
4  SHANÉE Y. WILLIAMS (SBN 221310)
   shaneewilliams@paulhastings.com
5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square, Sixth Floor
6  Palo Alto, CA  94306-2155
   Telephone:  (650) 320-1800
7  Facsimile:  (650) 320-1900

8  Attorneys for Plaintiffs
   ASUSTEK COMPUTER INC. AND
9  ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | CASE NO. C 07-01942-MHP<br><br>**DECLARATION OF MICHAEL N. EDELMAN IN SUPPORT OF STIPULATION REGARDING BRIEFING SCHEDULE**<br><br>Date:       October 29, 2007<br>Hearing:  2:00 p.m.<br>Courtroom 15<br>The Honorable Marilyn H. Patel |

I, Michael N. Edelman, declare as follows:

1.     I am of counsel with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for plaintiffs ASUSTeK Computer Inc. and ASUS Computer International ("Asustek") in the above-referenced matter.  I have personal knowledge of the following facts and, if called upon to do so, could and would testify competently thereto.

1    2.    Plaintiffs intend to bring a motion for the October 29, 2007 hearing to dismiss the third counterclaim for infringement of the '109 Patent asserted by Defendant Ricoh Company, Ltd. ("Ricoh"). The parties have agreed that further meet and confer between them may be productive in order to resolve the issues raised by Asustek. Accordingly, the parties have agreed to modify the briefing schedule, as set forth in the parties' stipulation, to allow more time for meet and confer before Asustek's motion is filed.

3.    On July 3, 2007, the Court issued an order continuing the case management conference to September 10, 2007. Other than this order, there have been no previous time modifications in this case.

4.    The requested modification of the briefing schedule would not have any effect on the schedule for this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of September, 2007, at Palo Alto, California.

                                              */s/Michael N. Edelman*
                                                Michael N. Edelman

LEGAL_US_W # 57141837.1