RONALD S. LEMIEUX (SBN 120822)
ronlemieux@paulhastings.com
MICHAEL N. EDELMAN (SBN 180948)
michaeledelman@paulhastings.com
VIDYA R. BHAKAR (SBN 220210)
vidbhakar@paulhastings.com
SHANÉE Y. WILLIAMS (SBN 221310)
shaneewilliams@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. AND
ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | CASE NO. C 07-01942-MHP<br><br>**DECLARATION OF MICHAEL N. EDELMAN REGARDING INABILITY TO FILE STIPULATION**<br><br>Date:     October 29, 2007<br>Hearing:  2:00 p.m.<br>Courtroom 15<br>The Honorable Marilyn H. Patel |

I, Michael N. Edelman, declare as follows:

1.    I am of counsel with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for plaintiffs ASUSTeK Computer Inc. and ASUS Computer International ("Asustek") in the above-referenced matter.  I have personal knowledge of the following facts and, if called upon to do so, could and would testify competently thereto.

2.    I make this declaration pursuant to the Northern District's General Order No. 45.VI.E regarding Technical Failures with the Electronic Case Filing System.

3. On Monday, September 24, 2007, Plaintiffs attempted to file electronically the Stipulation Regarding Briefing Schedule for October 29, 2007 Hearing. My secretary, at my request, tried to access the Northern District's ECF web site numerous times after 12:00 noon. At 3:45 p.m. she contacted the ECF telephone information line to inquire whether there was something wrong with the ECF web site. At that time she was told that the system was down and would not be available for filing until Tuesday.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of September, 2007, at Palo Alto, California.

*/s/Michael N. Edelman*
Michael N. Edelman

LEGAL_US_W # 57146131.1

DECL. OF M. EDELMAN REGARDING   -2-   CASE NO. C 07-01942-MHP
INABILITY TO FILE STIPULATION