1  RONALD S. LEMIEUX (SBN 120822)
   ronlemieux@paulhastings.com
2  MICHAEL N. EDELMAN (SBN 180948)
   michaeledelman@paulhastings.com
3  VIDYA R. BHAKAR (SBN 220210)
   vidbhakar@paulhastings.com
4  SHANÉE Y. WILLIAMS (SBN 221310)
   shaneewilliams@paulhastings.com
5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square, Sixth Floor
6  Palo Alto, CA  94306-2155
   Telephone:  (650) 320-1800
7  Facsimile:  (650) 320-1900

8  Attorneys for Plaintiffs
   ASUSTEK COMPUTER INC. AND
9  ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>            Plaintiffs,<br><br>      v.<br><br>RICOH COMPANY, LTD.,<br><br>            Defendant. | CASE NO. C 07-01942-MHP<br><br>**DECLARATION OF MICHAEL N. EDELMAN IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS DEFENDANT'S THIRD COUNTERCLAIM**<br><br>Date:      October 29, 2007<br>Hearing:  2:00 p.m.<br>Courtroom:  15<br>The Honorable Marilyn H. Patel |

I, Michael N. Edelman, declare as follows:

1.  I am of counsel with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for plaintiffs ASUSTeK Computer Inc. and ASUS Computer International (collectively, "Asustek") in the above-referenced matter.  I have personal knowledge of the following facts and, if called upon to do so, could and would testify competently thereto.

1  2. Attached hereto as Exhibit A is a true and correct of an e-mail that I sent to J.C.
2 Rozendaal, counsel for Ricoh, on September 20, 2007, explaining that Ricoh was estopped from
3 asserting the '109 Patent in this case.

4  3. Attached hereto as Exhibit B is a true and correct copy of a letter dated
5 September 27, 2007 from Mr. Rozendaal to me.

6  4. Attached hereto as Exhibit C is a true and correct copy of a letter dated
7 September 28, 2007 which I sent to Mr. Rozendaal.

8  5. Attached hereto as Exhibit D is a true and correct copy of a letter dated October 1,
9 2007 from Mr. Rozendaal to me.

10 I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st
11 day of October, 2007, at Palo Alto, California.

                 */s/Michael N. Edelman*
                 Michael N. Edelman

LEGAL_US_W # 57202095.1

DECL. OF M. EDELMAN IN SUPPORT OF
MOTION TO DISMISS DEFENDANT'S -2- CASE NO. C 07-01942-MHP
THIRD COUNTERCLAIM