1  RONALD S. LEMIEUX (SBN 120822)
   ronlemieux@paulhastings.com
2  MICHAEL EDELMAN (SBN 180948)
   michaeledelman@paulhastings.com
3  VIDYA R. BHAKAR (SBN 220210)
   vidbhakar@paulhastings.com
4  SHANÉE Y. WILLIAMS (SBN 221310)
   shaneewilliams@paulhastings.com
5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square, Sixth Floor
6  Palo Alto, CA  94306-2155
   Telephone:  (650) 320-1800
7  Facsimile:  (650) 320-1900

8  Attorneys for Plaintiffs
   ASUSTEK COMPUTER INC. AND
9  ASUS COMPUTER INTERNATIONAL

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| 15 | ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | CASE NO. C 07-01942-MHP |
|---|---|---|
| 16 | | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |
| 17 | Plaintiffs, | |
| 18 | v. | Date:     October 29, 2007<br>Hearing: 2:00 p.m. |
| 19 | RICOH COMPANY, LTD., | Courtroom: 15<br>The Honorable Marilyn H. Patel |
| 20 | Defendant. | |

21

22       Pursuant to Rule 201 of the Federal Rules of Evidence, plaintiffs ASUSTeK Computer

23  Inc. and ASUS Computer International respectfully request the Court take judicial notice of the

24  following matters of record in the United States District Court for the Western District of

25  Wisconsin:

26       1.    Opinion and Order, filed August 22, 2007, a true and correct copy of which is

27  attached as Exhibit A hereto.

28

2. Judgment in a Civil Case, filed August 24, 2007, a true and correct copy of which is attached as Exhibit B hereto.

The Court's authority to take judicial notice of the orders and proceedings in other states and other federal courts is well established. *See, e.g., Duckett v. Godinez*, 67 F.3d 734, 741 (9th Cir. 1995); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.,* 971 F.2d 244, 248 (9th Cir. 1992).

DATED: October 1, 2007        Respectfully submitted,

RONALD S. LEMIEUX
MICHAEL N. EDELMAN
VIDYA R. BHAKAR
SHANÉE Y. WILLIAMS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:            /s/ *Ronald S. Lemieux*
                    RONALD S. LEMIEUX

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL

LEGAL_US_W # 57135471.1

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE                    -2-                    CASE NO. C 07-01942-MPH