# EXHIBIT B
# TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

DOCKET # 301
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

AUG 24 2007

FILED
THERESA M. OWENS, CLERK
CASE #

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICOH COMPANY, LTD.,

    Plaintiff,

v.

QUANTA COMPUTER, INC., QUANTA
STORAGE, INC., QUANTA COMPUTER
USA., INC., NEW UNIVERSE
TECHNOLOGY, INC. and NU
TECHNOLOGY, INC.,

    Defendants,

and

QUANTA STORAGE, INC.,

    Third-Party Plaintiff,

v.

PHILIPS TAIWAN, LTD., BUSINESS
LINE DATA, and PHILIPS OPTICAL
STORAGE,

    Third-Party Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 06-C-462-C

---

    This action came for consideration before the court with BARBARA B. CRABB District Judge presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants Quanta Computer, Inc., Quanta Storage, Inc., Quanta Computer USA,

Copy of this document has been provided to: all counsel of record this 24 day of Aug, 20 07
By E. L. Clark
    Deputy Clerk

Judgment in a Civil Case                                                                                                   Page 2

Inc. and NU Technology, Inc. GRANTING summary judgment with respect to plaintiff's claims that

    1. defendants infringe claims 1 and 4 of U.S. Patent No. 6,631,109, on the ground that those claims are obvious and therefore invalid;

    2. defendants infringe claims 8-12 of U.S. Patent No. 6,172,955, on the ground that the accused devices do not include the limitation "starting a formatting process . . . as a background process."

    3. defendants infringe claims 1-3 of U.S. Patent No. 6,661,755, on the ground that none of the defendants has engaged in acts that violate 35 U.S.C. § 271;

    4. defendants infringe claims 1 and 8 of U.S. Patent No. 5,063,552, on the ground that none of the defendants has engaged in acts that violate 35 U.S.C. § 271.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of third-party defendants Philips Taiwan, Ltd., Business Line Data and Philips Optical Storage DISMISSING third-party plaintiff Quanta Storage, Inc.'s claims as moot.

Approved as to form this 24th day of August, 2007.

_____
BARBARA B. CRABB
District Judge

**THERESA M. OWENS**
By: L. Jensen, Deputy Clerk
_____                                          AUG 2 4 2007
Theresa M. Owens, Clerk of Court                                          _____
                                                                           Date