RONALD S. LEMIEUX (SBN 120822)
ronlemieux@paulhastings.com
MICHAEL EDELMAN (SBN 180948)
michaeledelman@paulhastings.com
VIDYA R. BHAKAR (SBN 220210)
vidbhakar@paulhastings.com
SHANÉE Y. WILLIAMS (SBN 221310)
shaneewilliams@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. AND
ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | CASE NO. C 07-01942-MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS DEFENDANT'S THIRD COUNTERCLAIM**<br><br>Date: October 29, 2007<br>Time: 2:00 P.M.<br>Courtroom: 15<br>The Honorable Marilyn H. Patel |

1  The Motion by Plaintiffs ASUSTek Computer Inc. and ASUS Computer International To
2  Dismiss Defendant's Third Counterclaim came on for hearing on October 29, 2007.
3  The Court, having considered the evidence submitted in support of Plaintiffs' Motion, any
4  Opposition thereto, the Court's previous Orders and rulings, and all other matters presented to the
5  Court, hereby grants Plaintiffs' Motion To Dismiss Defendant's Third Counterclaim.
6  IT IS SO ORDERED.

8  DATED: October __, 2007

10  _____
    The Honorable Marilyn H. Patel
11  United States District Judge

12  LEGAL_US_W # 57203126.1

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO DISMISS DEF'S     -2-     CASE NO. 07-01942 MPH
THIRD COUNTERCLAIM