RONALD S. LEMIEUX (SBN 120822)
ronlemieux@paulhastings.com
MICHAEL N. EDELMAN (SBN 180948)
michaeledelman@paulhastings.com
VIDYA R. BHAKAR (SBN 220210)
vidbhakar@paulhastings.com
SHANÉE Y. WILLIAMS (SBN 221310)
shaneewilliams@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306-2155
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. AND
ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | CASE NO. C 07-01942-MHP<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR OCTOBER 29, 2007 HEARING** |

WHEREAS, Plaintiffs Asustek Computer Inc. and ASUS Computer International (collectively "Asustek") have indicated they intend to bring a motion for the October 29, 2007 hearing to dismiss the third counterclaim for infringement of the '109 Patent asserted by Defendant Ricoh Company, Ltd. ("Ricoh");

WHEREAS, the parties have agreed that further meet and confer between the parties may be productive in order to resolve the issues raised by Asustek; and

WHEREAS, the parties have agreed to modify the briefing schedule on Asustek's motion in order to allow more time for the parties to meet and confer.

1  THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

2     1. The hearing on Asustek's motion shall be on October 29, 2007 at 2:00 p.m.

3     2. Asustek's motion to dismiss shall be filed and served on or before October 1, 2007.

4     3. Ricoh's opposition to the motion shall be filed and served on or before October 15, 2007.

5     4. Asustek's reply in support of the motion shall be filed and served on or before October

6        22, 2007.

7  DATED: September 24, 2007    Respectfully submitted,

8                                        RONALD S. LEMIEUX
   MICHAEL N. EDELMAN
9  VIDYA R. BHAKAR
   SHANÉE Y. WILLIAMS
10 PAUL, HASTINGS, JANOFSKY & WALKER LLP

11

12                                       By:       /s/
                                                 MICHAEL EDELMAN
13
   Attorneys for Plaintiffs
14 ASUSTEK COMPUTER INC. and ASUS COMPUTER
   INTERNATIONAL
15

16 DATED: September 24, 2007    J.C. Rozendaal, pro hac vice
   KELLOGG, HUBER, HANSEN, TODD,
17 EVANS & FIGEL, PLLC

18                                       Daniel J. Bergeson
   Donald P. Gagliardi
19 Marc G. Van Niekerk
   BERGESON, LLP
20

21                                       By:      /s/
                                                 J.C. ROZENDAAL
22
   Attorneys for Defendant
23 RICOH COMPANY, LTD

24

25

26

27

28

STIPULATION REGARDING BRIEFING SCHEDULE                              CASE NO. C 07-01942-MHP
FOR OCTOBER 29, 2007 HEARING    2
LEGAL_US_W # 57142530.1

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that concurrence in the filing of this Stipulation and [Proposed] Order has been obtained from J.C. Rozendaal, counsel for Defendant.

*/s/ Michael N. Edelman*
MICHAEL N. EDELMAN

PURSUANT TO STIPULATION, IT IS SO ORDERED

October 1, 2007
Dated: ~~September~~ ___ , 2007

Honorable
Judge Marilyn H. Patel

IT IS SO ORDERED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA