1  RONALD S. LEMIEUX (SBN 120822)
   ronlemieux@paulhastings.com
2  VIDYA R. BHAKAR (SBN 220210)
   vidbhakar@paulhastings.com
3  SHANÉE Y. WILLIAMS (SBN 221310)
   shaneewilliams@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square, Sixth Floor
5  Palo Alto, CA  94306-2155
   Telephone:  (650) 320-1800
6  Facsimile:  (650) 320-1900

7  Attorneys for Plaintiffs
   ASUSTEK COMPUTER INC. AND
8  ASUS COMPUTER INTERNATIONAL

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

| 14 | ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | CASE NO. C 07-01942-MHP |
|---|---|---|
| 15 | Plaintiff, | **[PROPOSED] ORDER DENYING RICOH COMPANY, LTD.'S MOTION FOR STAY PENDING APPEAL** |
| 16 | | |
| 17 | v. | Date:     October 29, 2007 |
| 18 | RICOH COMPANY, LTD., | Time:     2:00 p.m.<br>Courtroom 15 |
| 19 | Defendant. | The Honorable Marilyn H. Patel |

1   The Motion by Defendant Ricoh Company, Ltd. for Stay Pending Appeal came on for
2   hearing on October 29, 2007.
3   The Court, having considered the matters submitted in support of Defendant's Motion,
4   any Opposition thereto, the Court's previous Orders and rulings, and all other matters presented
5   to the Court, hereby denies Defendant's Motion for Stay Pending Appeal.
6   IT IS SO ORDERED.

DATED: October __, 2007

_____
The Honorable Marilyn H. Patel
United States District Judge

LEGAL_US_W # 57269626.1