1   RONALD S. LEMIEUX (SBN 120822)
    ronlemieux@paulhastings.com
2   VIDYA R. BHAKAR (SBN 220210)
    vidbhakar@paulhastings.com
3   SHANÉE Y. WILLIAMS (SBN 221310)
    shaneewilliams@paulhastings.com
4   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    Five Palo Alto Square, Sixth Floor
5   Palo Alto, CA  94306-2155
    Telephone:  (650) 320-1800
6   Facsimile:  (650) 320-1900

7   Attorneys for Plaintiffs
    ASUSTEK COMPUTER INC. AND
8   ASUS COMPUTER INTERNATIONAL

9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  ASUSTEK COMPUTER INC. and ASUS         CASE NO. C 07-01942-MHP
    COMPUTER INTERNATIONAL,
15                                         **[PROPOSED] ORDER DENYING RICOH
               Plaintiff,                  COMPANY, LTD.'S MOTION FOR STAY
16                                         PENDING APPEAL**
         v.
17                                         Date:      October 29, 2007
    RICOH COMPANY, LTD.,                   Time:      2:00 p.m.
18                                         Courtroom 15
               Defendant.                  The Honorable Marilyn H. Patel
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING RICOH'S
MOTION FOR STAY PENDING APPEAL                              CASE NO. C 07-01942-MPH

1    The Motion by Defendant Ricoh Company, Ltd. for Stay Pending Appeal came on for

2  hearing on October 29, 2007.

3    The Court, having considered the matters submitted in support of Defendant's Motion,

4  any Opposition thereto, the Court's previous Orders and rulings, and all other matters presented

5  to the Court, hereby denies Defendant's Motion for Stay Pending Appeal.

6    IT IS SO ORDERED.

7

8  DATED:  October __, 2007

9

10
                                                    _____
                                                    The Honorable Marilyn H. Patel
11                                                  United States District Judge

12  LEGAL_US_W # 57269626.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING RICOH'S
MOTION FOR STAY PENDING APPEAL          -2-          CASE NO. C 07-01942-MPH