DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, State Bar No. 138979
dgagliardi@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN, *pro hac vice*
mhansen@khhte.com
J.C. ROZENDAAL, *pro hac vice*
jrozendaal@khhte.com
RICHARD H. STERN, *pro hac vice*
rstern@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

*Counsel for Defendant Ricoh Co., Ltd.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>**DECLARATION OF J.C. ROZENDAAL IN SUPPORT OF RICOH'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S THIRD COUNTERCLAIM**<br><br>Hearing:　October 29, 2007<br>Time:　　2:00 p.m.<br>Dept:　　Courtroom 15<br>Judge:　Honorable Marilyn Hall Patel |

- 2 -

I, J.C. Rozendaal, declare and state as follows:

1. I am a member of the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., and serve as counsel for plaintiff Ricoh Company, Ltd. ("Ricoh") in this matter. I submit this declaration in support of Ricoh's Opposition to Plaintiff's Motion to Dismiss Defendant's Third Counterclaim. I have personal knowledge of the facts stated herein and, if called upon to testify thereto, I could and would competently do so.

2. Attached as Exhibit A is a true and correct copy of a letter from J.C. Rozendaal to Michael Edelman as it was sent on October 1, 2007.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of October, 2007, at Washington, DC.

_____
J.C. Rozendaal