DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, State Bar No. 138979
dgagliardi@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN, *pro hac vice*
mhansen@khhte.com
J.C. ROZENDAAL, *pro hac vice*
jrozendaal@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　Defendant. | No. C 07-01942-MHP<br><br>**WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD** |

Ricoh Company, Ltd. is represented by:

BERGESON, LLP
Daniel J. Bergeson, Esq.
Donald P. Gagliardi, Esq.
Telephone: 408-291-6200
Facsimile: 408-297-6000.

Marc G. van Niekerk, one of the counsel of record for Ricoh Company, Ltd., as listed in the Court's database, is no longer employed by Bergeson, LLP. Bergeson, LLP therefore respectfully submits this Withdrawal of Marc G. van Niekerk as Counsel of Record for Ricoh Company, Ltd. and requests that he is removed from the Court's database as said counsel in this action. Daniel J. Bergeson and Donald P. Gagliardi of Bergeson, LLP, shall remain as counsel for Ricoh Company, Ltd. in this action.

Dated: October 17, 2007          BERGESON, LLP

                                 By: _____
                                     Donald P. Gagliardi