DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, State Bar No. 138979
dgagliardi@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN, *pro hac vice*
mhansen@khhte.com
J.C. ROZENDAAL, *pro hac vice*
jrozendaal@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | No. C 07-01942-MHP<br><br>**[PROPOSED] ORDER RE: WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD** |

1  Having considered the Withdrawal of Marc G. van Niekerk as Counsel of Record in the
2  above-entitled action, and GOOD CAUSE HAVING BEEN SHOWN THEREFOR,
3  IT IS HEREBY ORDERED that Marc G. van Niekerk be removed as counsel of record for
4  Ricoh Company, Ltd. and that Daniel J. Bergeson and Donald P. Gagliardi of Bergeson, LLP shall
5  remain as counsel of record for Ricoh Company, Ltd.

8  Dated: _____

   Honorable Marilyn Hall Patel
   United States District Judge

- 1 -

[PROPOSED] ORDER RE: WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD
C-07-01942-MHP