1  RONALD S. LEMIEUX (SBN 120822)
   ronlemieux@paulhastings.com
2  MICHAEL N. EDELMAN (SBN 180948)
   michaeledelman@paulhastings.com
3  VIDYA R. BHAKAR (SBN 220210)
   vidbhakar@paulhastings.com
4  SHANÉE Y. WILLIAMS (SBN 221310)
   shaneewilliams@paulhastings.com
5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square, Sixth Floor
6  Palo Alto, CA 94306-2155
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  Attorneys for Plaintiffs
   ASUSTEK COMPUTER INC. AND
9  ASUS COMPUTER INTERNATIONAL

10

11               UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15 | ASUSTEK COMPUTER INC. and ASUS      | CASE NO. C 07-01942-MHP
   | COMPUTER INTERNATIONAL,             |
16 |                                     | **NOTICE OF CHANGE OF ADDRESS**
   |         Plaintiffs,                 | **PURSUANT TO LOCAL RULE 3-11**
17 |                                     |
   |    v.                               |
18 |                                     |
   | RICOH COMPANY, LTD.,                |
19 |                                     |
   |         Defendant.                  |
20 |                                     |
   | AND RELATED COUNTERCLAIMS.          |
21

22

23          TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

24          PURSUANT TO LOCAL RULE 3-11, PLEASE TAKE NOTICE that effective

25 October 22, 2007, Ronald S. Lemieux, Michael N. Edelman, Vidya R. Bhakar and Shanée Y.

26 Williams, counsel for Plaintiffs ASUSTeK Computer Inc. and ASUS Computer International,

27 will relocate to a new location.

28

NOTICE OF CHANGE OF ADDRESS                           CASE NO. C 07-01942-MPH
PURSUANT TO LOCAL RULE 3-11

The new address is as follows:

> Ronald S. Lemieux
> Michael N. Edelman
> Vidya R. Bhakar
> Shanée Y. Williams
> Paul, Hastings, Janofsky & Walker LLP
> 1117 S. California Avenue
> Palo Alto, California 94304-1106
> Telephone: (650) 320-1800
> Facsimile: (650) 320-1900

DATED: October 18, 2007

Respectfully submitted,

RONALD S. LEMIEUX
MICHAEL N. EDELMAN
VIDYA R. BHAKAR
SHANÉE Y. WILLIAMS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Shanée Y. Williams
SHANÉE Y. WILLIAMS

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL

LEGAL_US_W # 57342840.1