```
1   DANIEL J. BERGESON, State Bar No. 105439
    dbergeson@be-law.com
2   DONALD P. GAGLIARDI, State Bar No. 138979
    dgagliardi@be-law.com
3   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
4   San Jose, CA 95110-2712
    Telephone: (408) 291-6200
5   Facsimile: (408) 297-6000

6   MARK C. HANSEN, pro hac vice
    mhansen@khhte.com
7   J.C. ROZENDAAL, pro hac vice
    jrozendaal@khhte.com
8   KELLOGG, HUBER, HANSEN, TODD,
      EVANS & FIGEL, PLLC
9   Sumner Square
    1615 M Street, NW, Suite 400
10  Washington, DC 20036
    Telephone: (202) 326-7900
11  Facsimile: (202) 326-7999

12  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | No. C 07-01942-MHP<br><br>[PROPOSED] ORDER RE: WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD |

C-07-01942-MHP

1  Having considered the Withdrawal of Marc G. van Niekerk as Counsel of Record in the
2  above-entitled action, and GOOD CAUSE HAVING BEEN SHOWN THEREFOR,
3  IT IS HEREBY ORDERED that Marc G. van Niekerk be removed as counsel of record for
4  Ricoh Company, Ltd. and that Daniel J. Bergeson and Donald P. Gagliardi of Bergeson, LLP shall
5  remain as counsel of record for Ricoh Company, Ltd.

Dated: 10/18/2007

IT IS SO ORDERED

Judge Marilyn H. Patel

- 1 -

[PROPOSED] ORDER RE: WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD
C-07-01942-MHP