**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: October 29, 2007

Case No.   C 07-1942  MHP              Judge: MARILYN H. PATEL

Title: ASUSTEK COMPUTER INC et al -v- RICOH COMPANY LTD et al

Attorneys:  Plf:  Shanee Williams
            Dft:  Donald Gagliardi, Michael Jaffre

Deputy Clerk:  Anthony Bowser    Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Defendant's Motion to Stay Pending Appeal

2)   Plaintiff's Motion to Dismiss Counterclaim

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Motion to stay pending appeal DENIED; Motion to dismiss as to counts one and four GRANTED, and DENIED on remaining counts without prejudice; Infringement contentions not later than 11/8/2007; Invalidity contentions due not later than 1/11/2008;