| | |
|---|---|
| 1 | RONALD S. LEMIEUX (SBN 120822) |
| | ronlemieux@paulhastings.com |
| 2 | MICHAEL N. EDELMAN (SBN 180948) |
| | michaeledelman@paulhastings.com |
| 3 | VIDYA R. BHAKAR (SBN 220210) |
| | vidbhakar@paulhastings.com |
| 4 | SHANÉE Y. W. NELSON (SBN 221310) |
| | shaneenelson@paulhastings.com |
| 5 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 1117 S. California Avenue |
| 6 | Palo Alto, CA  94304 |
| | Telephone:  (650) 320-1800 |
| 7 | Facsimile:  (650) 320-1900 |
| 8 | Attorneys for Plaintiffs |
| | ASUSTEK COMPUTER INC. AND |
| 9 | ASUS COMPUTER INTERNATIONAL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | | CASE NO. C 07-01942-MHP |
| Plaintiffs, | | **NOTICE OF ATTORNEY'S NAME CHANGE** |
| v. | | |
| RICOH COMPANY, LTD., | | |
| Defendant. | | |
| AND RELATED COUNTERCLAIMS. | | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Shanée Y. Williams of Paul, Hastings, Janofsky & Walker LLP, has changed her name to Shanée Y. W. Nelson.  Her contact information remains the same as listed above.  Please make the necessary changes in your system.

/ / / /

NOTICE OF ATTORNEY'S NAME CHANGE
CASE NO. C 07-01942-MPH

| | | |
|---|---|---|
| 1 | DATED: November 13, 2007 | Respectfully submitted, |
| 2 | | RONALD S. LEMIEUX |
| 3 | | MICHAEL N. EDELMAN<br>VIDYA R. BHAKAR |
| 4 | | SHANÉE Y. W. NELSON<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 6 | | By:    */s/ Shanée Y. W. Nelson* |
| 7 | |       SHANÉE Y. W. NELSON |
| 8 | | Attorneys for Plaintiffs<br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL |

12  LEGAL_US_W # 57546133.1