UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUSTEK COMPUTER, INC. ET AL, | No. C 07-01942 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Scheduling Status Conference)** |
| v. | |
| RICOH COMPANY, LTD, | |
| Defendant(s). | |

The parties are hereby notified that a status conference in this matter will be held **January 7, 2008 at 3:00 p.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California. A Joint Status Report, which includes proposed pretrial and trial dates, shall be filed not later than 10 days prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

Dated: November 21, 2007     Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140