1  RONALD S. LEMIEUX, State Bar No. 120822
   ronlemieux@paulhastings.com
2  MICHAEL EDELMAN, State Bar No. 180948
   michaeledelman@paulhasting.com
3  VIDYA R. BHAKAR, State Bar No. 220210
   vidbharkar@paulhastings.com
4  SHANÉE NELSON, State Bar No. 221310
   shanneenelson@paulhastings.com
5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square, Sixth Floor
6  Palo Alto, CA 94306-2155
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  *Attorneys for Plaintiffs*
   *ASUSTeK Computer Inc. and*
9  *ASUS Computer International*

10 (Counsel continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>                                    Plaintiffs,<br>   vs.<br><br>RICOH COMPANY, LTD.,<br><br>                                    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>**JOINT MOTION TO POSTPONE**<br>**STATUS REPORT AND CONFERENCE** |

1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
7  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
8  RICHARD H. STERN, *pro hac vice*
   rstern@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 *Counsel for Defendant Ricoh Co., Ltd.*

1    A Status Conference in this case is scheduled for January 7, 2008, before Judge Patel with a Joint Status Report due ten (10) days prior, on December 28, 2007. The parties have reached an agreement in principle to settle the case and are attempting to work out the details of the agreement and reduce the agreement to writing, after which time they expect to dismiss the case. The parties request that the conference be removed from the Court's calendar to give them time to complete the settlement process. The parties request that the status conference be postponed for 30 days or until such time thereafter as is convenient for the Court. The parties shall promptly inform the Court if the settlement process is successfully concluded. This motion is supported by the declaration of J.C. Rozendaal pursuant to Civil L.R. 6-2.

Dated: December 28th, 2007                                   Respectfully submitted,

/s/ Ronald S. Lemieux_____              /s/ J.C. Rozendaal_____

RONALD S. LEMIEUX, State Bar No. 120822         DANIEL J. BERGESON, State Bar No. 105439
ronlemieux@paulhastings.com                     dbergeson@be-law.com
MICHAEL EDELMAN, State Bar No. 180948           DONALD P. GAGLIARDI, State Bar No. 138979
michaeledelman@paulhasting.com                  dgagliardi@be-law.com
VIDYA R. BHAKAR, State Bar No. 220210           BERGESON, LLP
vidbharkar@paulhastings.com                     303 Almaden Boulevard, Suite 500
SHANÉE NELSON, State Bar No. 221310             San Jose, CA 95110-2712
shanneenelson@paulhastings.com                  Telephone: (408) 291-6200
PAUL, HASTINGS, JANOFSKY &                      Facsimile: (408) 297-6000
   WALKER LLP
Five Palo Alto Square, Sixth Floor              MARK C. HANSEN, *pro hac vice*
Palo Alto, CA 94306-2155                        mhansen@khhte.com
Telephone: (650) 320-1800                       J.C. ROZENDAAL, *pro hac vice*
Facsimile: (650) 320-1900                       jrozendaal@khhte.com
                                                KELLOGG, HUBER, HANSEN, TODD,
*Counsel for Plaintiffs*                           EVANS & FIGEL, PLLC
*ASUSTeK Computer Inc. and*                     Sumner Square
*ASUS Computer International*                   1615 M Street, NW, Suite 400
                                                Washington, DC 20036
                                                Telephone: (202) 326-7900
                                                Facsimile: (202) 326-7999

                                                *Counsel for Defendant Ricoh Co., Ltd.*