DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, State Bar No. 138979
dgagliardi@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN, *pro hac vice*
mhansen@khhte.com
J.C. ROZENDAAL, *pro hac vice*
jrozendaal@khhte.com
RICHARD H. STERN, *pro hac vice*
rstern@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

*Counsel for Defendant Ricoh Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>**DECLARATION OF J.C. ROZENDAAL IN SUPPORT OF JOINT MOTION TO POSTPONE PURSUANT TO CIVIL L.R. 6-2** |

I, J.C. Rozendaal, hereby declare as follows:

1.   I am an attorney admitted to practice before this Court *pro hac vice* and am a

partner with the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., attorneys for Defendant Ricoh Company, Ltd. in the above-captioned matter. If called upon to testify, I could and would do so competently as to the matters set forth herein.

2. The parties seek the requested 30-day postponement of the Status Conference currently scheduled for January 7, 2008, because the parties have reached an agreement in principle to settle the case and are attempting to work out the details of the agreement and reduce the agreement to writing, after which time they expect to dismiss the case.

3. On June 12, 2007, the parties requested a continuance of the Case Management Conference from July 16, 2007, to September 10, 2007, due to a scheduling conflict with the Plaintiff's lead trial counsel.

4. The requested time modification will not effect any currently scheduled date other than the date to submit the Joint Status Report, which would be due on December 28, 2007.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 28th day of December, 2007, at Washington, District of Columbia.

By: */s/ J.C. Rozendaal*_____
      J.C. Rozendaal

---

DECLARATION OF J.C. ROZENDAAL IN SUPPORT OF JOINT MOTION TO POSTPONE PURSUANT TO CIVIL L.R. 6-2
C-07-01942-MHP