1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

5
6
7
8
9
10
11

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>    Plaintiffs,<br>    vs.<br>RICOH COMPANY, LTD.,<br><br>    Defendant. | Case No. C 07-01942-MHP<br><br>[Proposed]<br>**CONSENT ORDER OF POSTPONEMENT** |
| AND RELATED COUNTERCLAIMS. | |

The parties to the above named case, Ricoh Company Ltd., ASUSTek Computer Inc. and ASUS Computer International have jointly requested that the Joint Status Report and Status Conference be postponed to afford them time to attempt to complete settlement discussions.

Accordingly,

IT IS ORDERED THAT:

The parties' joint motion to postpone the Joint Status Report filing and subsequent Status Conference is granted.  The Clerk is directed to remove from the Court's calendar the Status Conference currently set in this matter for January 7, 2008.  This matter is reset for case management conference to February 4, 2008 at 3:00 p.m.

Dated: __January 2___, 200_8_.



_____
Honorable Marilyn H. Patel
United States District Judge

[PROPOSED] ORDER OF POSTPONEMENT
C-07-01942-MHP