1  RONALD S. LEMIEUX, State Bar No. 120822
   ronlemieux@paulhastings.com
2  MICHAEL EDELMAN, State Bar No. 180948
   michaeledelman@paulhasting.com
3  VIDYA R. BHAKAR, State Bar No. 220210
   vidbharkar@paulhastings.com
4  SHANÉE NELSON, State Bar No. 221310
   shanneenelson@paulhastings.com
5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  *Attorneys for Plaintiffs*
   *ASUSTeK Computer Inc. and*
9  *ASUS Computer International*

(Counsel continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>                    Plaintiffs,<br>     vs.<br>RICOH COMPANY, LTD.,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>**SECOND JOINT MOTION TO POSTPONE STATUS REPORT AND CONFERENCE** |

JOINT MOTION TO POSTPONE
C-07-01942-MHP

1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
7  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
8  RICHARD H. STERN, *pro hac vice*
   rstern@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13
   *Counsel for Defendant Ricoh Co., Ltd.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   A Status Conference in this case was originally scheduled for January 7, 2008, before Judge Patel with a Joint Status Report due ten (10) days prior, on December 28, 2007. The parties previously filed a Joint Motion to Postpone on December 28, 2007, which was granted on January 2, 2008. In that Order the Court reset the case management conference to February 4, 2008. The parties have reached an agreement in principle to settle the case and are still attempting to work out the details of the agreement and reduce the agreement to writing, after which time they expect to dismiss the case. The parties request at this time that the Court further postpone the Joint Status Report and Status Conference for an additional 30 days or until such time as is convenient for the Court. The parties shall promptly inform the Court if the settlement process is successfully concluded. This motion is supported by the declaration of J.C. Rozendaal pursuant to Civil L.R. 6-2.

Dated: January 23, 2008                           Respectfully submitted,

/s/ Ronald S. Lemieux_____               /s/ J.C. Rozendaal_____

RONALD S. LEMIEUX, State Bar No. 120822          DANIEL J. BERGESON, State Bar No. 105439
ronlemieux@paulhastings.com                      dbergeson@be-law.com
MICHAEL EDELMAN, State Bar No. 180948            DONALD P. GAGLIARDI, State Bar No. 138979
michaeledelman@paulhasting.com                   dgagliardi@be-law.com
VIDYA R. BHAKAR, State Bar No. 220210            BERGESON, LLP
vidbharkar@paulhastings.com                      303 Almaden Boulevard, Suite 500
SHANÉE NELSON, State Bar No. 221310              San Jose, CA 95110-2712
shanneenelson@paulhastings.com                   Telephone: (408) 291-6200
PAUL, HASTINGS, JANOFSKY &                       Facsimile: (408) 297-6000
  WALKER LLP
1117 S. California Avenue                        MARK C. HANSEN, *pro hac vice*
Palo Alto, CA 94304-1106                         mhansen@khhte.com
Telephone: (650) 320-1800                        J.C. ROZENDAAL, *pro hac vice*
Facsimile: (650) 320-1900                        jrozendaal@khhte.com
                                                 KELLOGG, HUBER, HANSEN, TODD,
*Counsel for Plaintiffs*                           EVANS & FIGEL, PLLC
*ASUSTeK Computer Inc. and*                      Sumner Square
*ASUS Computer International*                    1615 M Street, NW, Suite 400
                                                 Washington, DC 20036
                                                 Telephone: (202) 326-7900
                                                 Facsimile: (202) 326-7999

                                                 *Counsel for Defendant Ricoh Co., Ltd.*