DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, State Bar No. 138979
dgagliardi@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN, *pro hac vice*
mhansen@khhte.com
J.C. ROZENDAAL, *pro hac vice*
jrozendaal@khhte.com
RICHARD H. STERN, *pro hac vice*
rstern@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

*Counsel for Defendant Ricoh Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>              Plaintiffs,<br>   vs.<br><br>RICOH COMPANY, LTD.,<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>**DECLARATION OF J.C. ROZENDAAL IN SUPPORT OF JOINT MOTION TO POSTPONE PURSUANT TO CIVIL L.R. 6-2** |

I, J.C. Rozendaal, hereby declare as follows:

1.  I am an attorney admitted to practice before this Court *pro hac vice* and am a

partner with the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., attorneys for Defendant Ricoh Company, Ltd. in the above-captioned matter.  If called upon to testify, I could and would do so competently as to the matters set forth herein.

2. The parties seek the requested 30-day postponement of the Status Conference currently scheduled for March 3, 2008, because the parties reached an agreement in principle to settle the case on November 27, 2007 and are attempting to work out the details of the agreement and reduce the agreement to writing, after which time they expect to dismiss the case.  Ricoh transmitted proposed language for settlement and license agreements to the plaintiffs on December 18, 2007.  Plaintiffs transmitted a counterproposal on January 22, 2008.  Ricoh sent revised drafts back to plaintiffs' counsel on February 14, 2008.  Although the parties and their counsel remain committed to finalizing the settlement, the parties need additional time to finalize the proposed settlement documents.

2. On January 23, 2008, the parties requested a 30-day postponement of the Status Conference scheduled for February 4, 2008, because they had reached an agreement in principle to settle the case and were attempting to work out the details of the agreement and reduce the agreement to writing, as noted above.

2. On December 28, 2007, the parties requested a 30-day postponement of the Status Conference scheduled for January 7, 2008, for the same reason.

3. On June 12, 2007, the parties requested a continuance of the Case Management Conference from July 16, 2007, to September 10, 2007, due to a scheduling conflict with the plaintiffs' lead trial counsel.

4. The requested time modification will not effect any currently scheduled date.

      I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 28th day of February, 2008, at Washington, District of Columbia.

                                                  By: */s/ J.C. Rozendaal*
                                                      J.C. Rozendaal