RONALD S. LEMIEUX, State Bar No. 120822
ronlemieux@paulhastings.com
MICHAEL EDELMAN, State Bar No. 180948
michaeledelman@paulhasting.com
VIDYA R. BHAKAR, State Bar No. 220210
vidbharkar@paulhastings.com
SHANÉE NELSON, State Bar No. 221310
shanneenelson@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Attorneys for Plaintiffs*
*ASUSTeK Computer Inc. and*
*ASUS Computer International*

(Counsel continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>            Plaintiffs,<br>    vs.<br>RICOH COMPANY, LTD.,<br><br>            Defendant.<br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>**FOURTH JOINT MOTION TO POSTPONE STATUS REPORT AND CONFERENCE** |

1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
7  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
8  RICHARD H. STERN, *pro hac vice*
   rstern@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
     EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 *Counsel for Defendant Ricoh Co., Ltd.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   A Status Conference in this case is scheduled for March 31, 2008, before Judge Patel. The parties have reached an agreement in principle to settle the case and are attempting to work out the details of the agreement and reduce the agreement to writing, after which time they expect to dismiss the case. The parties request that the conference be removed from the Court's calendar to give them time to complete the settlement process. The parties request that the status conference be postponed for a further 30 days or until such time thereafter as is convenient for the Court. The parties shall promptly inform the Court if the settlement process is successfully concluded. This motion is supported by the declaration of J.C. Rozendaal pursuant to Civil L.R. 6-2.

Dated: March 20, 2008                               Respectfully submitted,

/s/ Ronald S. Lemieux_____            /s/ J.C. Rozendaal_____

| | |
|---|---|
| RONALD S. LEMIEUX, State Bar No. 120822<br>ronlemieux@paulhastings.com<br>MICHAEL EDELMAN, State Bar No. 180948<br>michaeledelman@paulhasting.com<br>VIDYA R. BHAKAR, State Bar No. 220210<br>vidbharkar@paulhastings.com<br>SHANÉE NELSON, State Bar No. 221310<br>shanneenelson@paulhastings.com<br>PAUL, HASTINGS, JANOFSKY &<br>   WALKER LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>*Counsel for Plaintiffs*<br>*ASUSTeK Computer Inc. and*<br>*ASUS Computer International* | DANIEL J. BERGESON, State Bar No. 105439<br>dbergeson@be-law.com<br>DONALD P. GAGLIARDI, State Bar No. 138979<br>dgagliardi@be-law.com<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712<br>Telephone: (408) 291-6200<br>Facsimile: (408) 297-6000<br><br>MARK C. HANSEN, *pro hac vice*<br>mhansen@khhte.com<br>J.C. ROZENDAAL, *pro hac vice*<br>jrozendaal@khhte.com<br>KELLOGG, HUBER, HANSEN, TODD,<br>   EVANS & FIGEL, PLLC<br>Sumner Square<br>1615 M Street, NW, Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br><br>*Counsel for Defendant Ricoh Co., Ltd.* |