1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
7  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
8  RICHARD H. STERN, *pro hac vice*
   rstern@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Counsel for Defendant Ricoh Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>　　　　　　　　　　Plaintiffs,<br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>**DECLARATION OF J.C. ROZENDAAL IN SUPPORT OF JOINT MOTION TO POSTPONE PURSUANT TO CIVIL L.R. 6-2** |

I, J.C. Rozendaal, hereby declare as follows:

1. I am an attorney admitted to practice before this Court pro hac vice and am a partner with the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., attorneys

1    for Defendant Ricoh Company, Ltd. in the above-captioned matter. If called upon to testify, I could and would do so competently as to the matters set forth herein.

2.    The parties seek the requested 30-day postponement of the Status Conference currently scheduled for March 31, 2008, because the parties reached an agreement in principle to settle the case on November 27, 2007 and are attempting to work out the details of the agreement and reduce the agreement to writing, after which time they expect to dismiss the case. Ricoh transmitted proposed language for settlement and license agreements to the plaintiffs on December 18, 2007. Plaintiffs transmitted a counterproposal on January 22, 2008. Ricoh sent revised drafts back to plaintiffs' counsel on February 14, 2008. The parties met and conferred on those changes on March 19, 2008. Although the parties and their counsel remain committed to finalizing the settlement, the parties need additional time to finalize the proposed settlement documents. The parties believe that they may need further assistance from the mediator to work out certain terms in the agreement, and they are attempting to narrow the number of terms for which the mediator's assistance will be required.

3.    On February 28, 2008, the parties requested a 30-day postponement of the Status Conference scheduled for March 3, 2008, because they had reached an agreement in principle to settle the case and were attempting to work out the details of the agreement and reduce the agreement to writing, as noted above.

4.    On January 23, 2008, the parties requested a 30-day postponement of the Status Conference scheduled for February 4, 2008, for the same reason.

5.    On December 28, 2007, the parties requested a 30-day postponement of the Status Conference scheduled for January 7, 2008, for the same reason.

6.    On June 12, 2007, the parties requested a continuance of the Case Management

Conference from July 16, 2007, to September 10, 2007, due to a scheduling conflict with the plaintiffs' lead trial counsel.

7. The requested time modification will not effect any currently scheduled date.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 20th day of March, 2008, at Washington, District of Columbia.

By: /s/ J.C. Rozendaal
J.C. Rozendaal