1  RONALD S. LEMIEUX, State Bar No. 120822
   ronlemieux@paulhastings.com
2  MICHAEL EDELMAN, State Bar No. 180948
   michaeledelman@paulhasting.com
3  VIDYA R. BHAKAR, State Bar No. 220210
   vidbharkar@paulhastings.com
4  SHANÉE NELSON, State Bar No. 221310
   shanneenelson@paulhastings.com
5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  *Attorneys for Plaintiffs*
   *ASUSTEK Computer Inc. and*
9  *ASUS Computer International*

10 (Counsel continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>                            Plaintiffs,<br>   vs.<br>RICOH COMPANY, LTD.,<br><br>                            Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>**FIFTH JOINT MOTION TO POSTPONE STATUS REPORT AND CONFERENCE; PROPOSED ORDER** |
|---|---|

| | |
|---|---|
| 1 | DANIEL J. BERGESON, State Bar No. 105439 |
| | dbergeson@be-law.com |
| 2 | DONALD P. GAGLIARDI, State Bar No. 138979 |
| | dgagliardi@be-law.com |
| 3 | BERGESON, LLP |
| | 303 Almaden Boulevard, Suite 500 |
| 4 | San Jose, CA 95110-2712 |
| | Telephone: (408) 291-6200 |
| 5 | Facsimile: (408) 297-6000 |
| 6 | MARK C. HANSEN, *pro hac vice* |
| | mhansen@khhte.com |
| 7 | J.C. ROZENDAAL, *pro hac vice* |
| | jrozendaal@khhte.com |
| 8 | RICHARD H. STERN, *pro hac vice* |
| | rstern@khhte.com |
| 9 | KELLOGG, HUBER, HANSEN, TODD, |
| 10 |  EVANS & FIGEL, PLLC |
| | Sumner Square |
| 11 | 1615 M Street, NW, Suite 400 |
| | Washington, DC 20036 |
| 12 | Telephone: (202) 326-7900 |
| | Facsimile: (202) 326-7999 |
| 13 | |
| 14 | *Counsel for Defendant Ricoh Co., Ltd.* |

FIFTH JOINT MOTION TO POSTPONE STATUS REPORT AND CONFERENCE; PROPOSED ORDER
C-07-01942-MHP

1   A Status Conference in this case is scheduled for May 5, 2008, before Judge Patel. The parties have reached an agreement in principle to settle the case and are attempting to work out the details of the agreement and reduce the agreement to writing, after which time they expect to dismiss the case. The parties met as recently as April 18, 2008, in Taipei, Taiwan and made good progress toward reducing the agreement to writing. The parties request that the conference be removed from the Court's calendar to give them time to complete the settlement process. The parties request that the status conference be postponed for a further 30 days or until such time thereafter as is convenient for the Court. The parties shall promptly inform the Court if the settlement process is successfully concluded. This motion is supported by the declaration of J.C. Rozendaal pursuant to Civil L.R. 6-2.

Dated: April 21, 2008                    Respectfully submitted,

/s/ Ronald S. Lemieux_____          /s/ J.C. Rozendaal_____

RONALD S. LEMIEUX, State Bar No. 120822
ronlemieux@paulhastings.com
MICHAEL EDELMAN, State Bar No. 180948
michaeledelman@paulhasting.com
VIDYA R. BHAKAR, State Bar No. 220210
vidbharkar@paulhastings.com
SHANÉE NELSON, State Bar No. 221310
shanneenelson@paulhastings.com
PAUL, HASTINGS, JANOFSKY &
    WALKER LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Counsel for Plaintiffs
ASUSTEK Computer Inc. and
ASUS Computer International*

DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, State Bar No. 138979
dgagliardi@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

MARK C. HANSEN, *pro hac vice*
mhansen@khhte.com
J.C. ROZENDAAL, *pro hac vice*
jrozendaal@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

*Counsel for Defendant Ricoh Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　vs.<br>RICOH COMPANY, LTD.,<br>　　　　　　　　　　　　Defendant.<br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>**[Proposed]**<br>**CONSENT ORDER OF POSTPONEMENT** |

　　　　The parties to the above named case, Ricoh Company Ltd., ASUSTEK Computer Inc. and ASUS Computer International have jointly requested that the upcoming Status Conference be postponed to afford them time to attempt to complete settlement discussions.

　　　　Accordingly,

　　　　IT IS ORDERED THAT:

　　　　The parties' joint motion to postpone the Joint Status Report filing and subsequent Status Conference is granted. The Clerk is directed to remove from the Court's calendar the Status Conference currently set in this matter for May 5, 2008. The Status Conference is rescheduled for _____, and the parties are ordered to inform the Court immediately of any settlement or breakdown in the settlement negotiations.


Dated: April ____, 2008　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Marilyn H. Patel
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge