1  RONALD S. LEMIEUX, State Bar No. 120822
   ronlemieux@paulhastings.com
2  MICHAEL EDELMAN, State Bar No. 180948
   michaeledelman@paulhasting.com
3  VIDYA R. BHAKAR, State Bar No. 220210
   vidbharkar@paulhastings.com
4  SHANÉE NELSON, State Bar No. 221310
   shanneenelson@paulhastings.com
5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  *Attorneys for Plaintiffs*
   *ASUSTeK Computer Inc. and*
9  *ASUS Computer International*

10 (Counsel continued on next page)

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                           SAN FRANCISCO DIVISION

14

15 | | |
   |---|---|
16 | ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | Case No. C 07-01942-MHP |
17 | Plaintiffs, | **SIXTH JOINT MOTION TO POSTPONE STATUS REPORT AND CONFERENCE** |
18 | vs. | |
19 | RICOH COMPANY, LTD., | |
20 | Defendant. | |
21 | AND RELATED COUNTERCLAIMS. | |

1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
7  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
8  RICHARD H. STERN, *pro hac vice*
   rstern@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13
   *Counsel for Defendant Ricoh Co., Ltd.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  A Status Conference in this case is scheduled for June 9, 2008, before Judge Patel. The parties have reached an agreement in principle to settle the case and are attempting to work out the details of the agreement and reduce the agreement to writing, after which time they expect to dismiss the case.  The parties met as recently as April 18, 2008, in Taipei, Taiwan and made good progress toward reducing the agreement to writing, although several issues remain open. After the Taipei settlement meetings, ASUS sent revised drafts of the settlement and license agreements to Ricoh on May 9, 2008.  Ricoh is currently studying those drafts.  The parties request that the conference be removed from the Court's calendar to give them time to complete the settlement process.  The parties request that the status conference be postponed for a further 30 days or until such time thereafter as is convenient for the Court.  The parties shall promptly inform the Court if the settlement process is successfully concluded.  This motion is supported by the declaration of J.C. Rozendaal pursuant to Civil L.R. 6-2.

Dated: May 27, 2008                                  Respectfully submitted,

/s/ Ronald S. Lemieux_____                     /s/ J.C. Rozendaal_____

RONALD S. LEMIEUX, State Bar No. 120822              DANIEL J. BERGESON, State Bar No. 105439
ronlemieux@paulhastings.com                          dbergeson@be-law.com
MICHAEL EDELMAN, State Bar No. 180948                DONALD P. GAGLIARDI, State Bar No. 138979
michaeledelman@paulhasting.com                       dgagliardi@be-law.com
VIDYA R. BHAKAR, State Bar No. 220210                BERGESON, LLP
vidbharkar@paulhastings.com                          303 Almaden Boulevard, Suite 500
SHANÉE NELSON, State Bar No. 221310                  San Jose, CA 95110-2712
shanneenelson@paulhastings.com                       Telephone: (408) 291-6200
PAUL, HASTINGS, JANOFSKY &                           Facsimile: (408) 297-6000
  WALKER LLP
1117 S. California Avenue                            MARK C. HANSEN, *pro hac vice*
Palo Alto, CA 94304-1106                             mhansen@khhte.com
Telephone: (650) 320-1800                            J.C. ROZENDAAL, *pro hac vice*
Facsimile: (650) 320-1900                            jrozendaal@khhte.com
                                                     KELLOGG, HUBER, HANSEN, TODD,
*Counsel for Plaintiffs*                               EVANS & FIGEL, PLLC
*ASUSTeK Computer Inc. and*                          Sumner Square
*ASUS Computer International*                        1615 M Street, NW, Suite 400
                                                     Washington, DC 20036
                                                     Telephone: (202) 326-7900
                                                     Facsimile: (202) 326-7999

                                                     *Counsel for Defendant Ricoh Co., Ltd.*