RONALD S. LEMIEUX, State Bar No. 120822
ronlemieux@paulhastings.com
MICHAEL EDELMAN, State Bar No. 180948
michaeledelman@paulhasting.com
VIDYA R. BHAKAR, State Bar No. 220210
vidbharkar@paulhastings.com
SHANÉE NELSON, State Bar No. 221310
shanneenelson@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Attorneys for Plaintiffs*
*ASUSTeK Computer Inc. and*
*ASUS Computer International*

(Counsel continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>   Plaintiffs,<br>vs.<br>RICOH COMPANY, LTD.,<br>   Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>**SEVENTH JOINT MOTION TO POSTPONE STATUS REPORT AND CONFERENCE** |

| | |
|---|---|
| 1 | DANIEL J. BERGESON, State Bar No. 105439 |
| | dbergeson@be-law.com |
| 2 | DONALD P. GAGLIARDI, State Bar No. 138979 |
| | dgagliardi@be-law.com |
| 3 | BERGESON, LLP |
| | 303 Almaden Boulevard, Suite 500 |
| 4 | San Jose, CA 95110-2712 |
| | Telephone: (408) 291-6200 |
| 5 | Facsimile: (408) 297-6000 |
| 6 | MARK C. HANSEN, *pro hac vice* |
| | mhansen@khhte.com |
| 7 | J.C. ROZENDAAL, *pro hac vice* |
| | jrozendaal@khhte.com |
| 8 | RICHARD H. STERN, *pro hac vice* |
| | rstern@khhte.com |
| 9 | KELLOGG, HUBER, HANSEN, TODD, |
| | EVANS & FIGEL, PLLC |
| 10 | Sumner Square |
| | 1615 M Street, NW, Suite 400 |
| 11 | Washington, DC 20036 |
| | Telephone: (202) 326-7900 |
| 12 | Facsimile: (202) 326-7999 |
| 13 | |
| | *Counsel for Defendant Ricoh Co., Ltd.* |
| 14 | |

1    A Status Conference in this case is scheduled for July 7, 2008, before Judge Patel. The parties have reached an agreement in principle to settle the case and are attempting to work out the details of the agreement and reduce the agreement to writing, after which time they expect to dismiss the case.  The settlement process has been delayed in part due to the need to resolve certain outstanding issues concerning a third party.  Ricoh reached an understanding with that third party as recently as last week.  The parties are scheduled to have further talks this week for the purpose of revising the settlement and license agreements to take into account these latest developments with that third party.  Accordingly, the parties request that the conference be removed from the Court's calendar to give them time to complete the settlement process.  The parties request that the status conference be postponed for a further 30 days or until such time thereafter as is convenient for the Court.  The parties shall promptly inform the Court if the settlement process is successfully concluded.  This motion is supported by the declaration of J.C. Rozendaal pursuant to Civil L.R. 6-2.

1
2  Dated: June 26, 2008                                   Respectfully submitted,

3  /s/ Ronald S. Lemieux_____                        /s/ J.C. Rozendaal_____

4  RONALD S. LEMIEUX, State Bar No. 120822                DANIEL J. BERGESON, State Bar No. 105439
5  ronlemieux@paulhastings.com                            dbergeson@be-law.com
   MICHAEL EDELMAN, State Bar No. 180948                  DONALD P. GAGLIARDI, State Bar No. 138979
6  michaeledelman@paulhasting.com                         dgagliardi@be-law.com
   VIDYA R. BHAKAR, State Bar No. 220210                  BERGESON, LLP
7  vidbharkar@paulhastings.com                            303 Almaden Boulevard, Suite 500
   SHANÉE NELSON, State Bar No. 221310                    San Jose, CA 95110-2712
8  shanneenelson@paulhastings.com                         Telephone: (408) 291-6200
9  PAUL, HASTINGS, JANOFSKY &                             Facsimile: (408) 297-6000
     WALKER LLP
10 1117 S. California Avenue                              MARK C. HANSEN, *pro hac vice*
   Palo Alto, CA 94304-1106                               mhansen@khhte.com
11 Telephone: (650) 320-1800                              J.C. ROZENDAAL, *pro hac vice*
12 Facsimile: (650) 320-1900                              jrozendaal@khhte.com
                                                          KELLOGG, HUBER, HANSEN, TODD,
13 *Counsel for Plaintiffs*                                 EVANS & FIGEL, PLLC
   *ASUSTeK Computer Inc. and*                            Sumner Square
14 *ASUS Computer International*                          1615 M Street, NW, Suite 400
15                                                        Washington, DC 20036
                                                          Telephone: (202) 326-7900
16                                                        Facsimile: (202) 326-7999
17
                                                          *Counsel for Defendant Ricoh Co., Ltd.*
18
19
20
21
22
23
24
25
26
27
28