1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
7  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
8  RICHARD H. STERN, *pro hac vice*
   rstern@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
     EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13
14 Counsel for Defendant Ricoh Co., Ltd.

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, <br><br> Plaintiffs, <br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. <br> AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP <br><br> **DECLARATION OF J.C. ROZENDAAL IN SUPPORT OF JOINT MOTION TO POSTPONE PURSUANT TO CIVIL L.R. 6-2** |

26         I, J.C. Rozendaal, hereby declare as follows:

27         1.      I am an attorney admitted to practice before this Court pro hac vice and am a

28 partner with the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., attorneys

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

for Defendant Ricoh Company, Ltd. in the above-captioned matter.  If called upon to testify, I could and would do so competently as to the matters set forth herein.

2.     The parties seek the requested 30-day postponement of the Status Conference currently scheduled for July 7, 2008, because the parties reached an agreement in principle to settle the case on November 27, 2007 and are attempting to work out the details of the agreement and reduce the agreement to writing, after which time they expect to dismiss the case.  Ricoh transmitted proposed language for settlement and license agreements to the plaintiffs on December 18, 2007.  Plaintiffs transmitted a counterproposal on January 22, 2008.  Ricoh sent revised drafts back to plaintiffs' counsel on February 14, 2008.  The parties met and conferred on those changes on March 19, 2008.  Working through counsel, the parties were unable to reach an understanding on certain terms and therefore decided to meet and confer directly to discuss their differences.  The parties met without counsel in Taipei, Taiwan on April 18, 2008, and made good progress toward reducing their agreement to writing, although several issues remain open. After the Taipei settlement meetings, ASUS sent revised drafts of the settlement and license agreements to Ricoh on May 9, 2008.  The parties are scheduled to discuss further revisions to the settlement drafts later this week (again, without U.S. counsel).  Although the parties and their counsel remain committed to finalizing the settlement, the parties need additional time to finalize the proposed settlement documents and, possibly, to seek the mediator's assistance in working out the few remaining issues.

3.     On May 27, 2008, the parties requested a 30-day postponement of the Status Conference scheduled for June 9, 2008, because they had reached an agreement in principle to settle the case and were attempting to work out the details of the agreement and reduce the agreement to writing, as noted above.

4.      On April 18, 2008, the parties requested a 30-day postponement of the Status Conference scheduled for May 5, 2008, for the same reason.

5.      On March 20, 2008, the parties requested a 30-day postponement of the Status Conference scheduled for March 31, 2008, for the same reason.

6.      On February 28, 2008, the parties requested a 30-day postponement of the Status Conference scheduled for March 3, 2008, for the same reason.

7.      On January 23, 2008, the parties requested a 30-day postponement of the Status Conference scheduled for February 4, 2008, for the same reason.

8.      On December 28, 2007, the parties requested a 30-day postponement of the Status Conference scheduled for January 7, 2008, for the same reason.

9.      On June 12, 2007, the parties requested a continuance of the Case Management Conference from July 16, 2007, to September 10, 2007, due to a scheduling conflict with the plaintiffs' lead trial counsel.

10.     The requested time modification will not effect any currently scheduled date.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 26th day of June, 2008, at Washington, District of Columbia.

By: /s/ J.C. Rozendaal
J.C. Rozendaal