UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RICOH COMPANY, LTD.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>[Proposed]<br>**CONSENT ORDER OF POSTPONEMENT** |

   The parties to the above named case, Ricoh Company Ltd., ASUSTek Computer Inc. and ASUS Computer International have jointly requested that the upcoming Status Conference be postponed to afford them time to attempt to complete settlement discussions.

   Accordingly,

   IT IS ORDERED THAT:

   The parties' joint motion to postpone the Joint Status Report filing and subsequent Status Conference is granted. The Clerk is directed to remove from the Court's calendar the Status Conference currently set in this matter for July 7, 2008. The Status Conference is rescheduled for  September 8, 2008 , and the parties are ordered to inform the Court immediately of any settlement or breakdown in the settlement negotiations.

Dated: 7/3        , 2008



IT IS SO ORDERED
Judge Marilyn H. Patel