1  RONALD S. LEMIEUX, State Bar No. 120822
   ronlemieux@paulhastings.com
2  MICHAEL EDELMAN, State Bar No. 180948
   michaeledelman@paulhasting.com
3  VIDYA R. BHAKAR, State Bar No. 220210
   vidbharkar@paulhastings.com
4  SHANÉE NELSON, State Bar No. 221310
   shanneenelson@paulhastings.com
5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   1117 S. California Avenue
6  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
7  Facsimile: (650) 320-1900

8  *Attorneys for Plaintiffs*
   *ASUSTeK Computer Inc. and*
9  *ASUS Computer International*

(Counsel continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br>vs.<br>RICOH COMPANY, LTD.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-01942-MHP<br><br>**EIGHTH JOINT MOTION TO POSTPONE STATUS REPORT AND CONFERENCE** |

1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
7  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
8  RICHARD H. STERN, *pro hac vice*
   rstern@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13
   *Counsel for Defendant Ricoh Co., Ltd.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    A Status Conference in this case is scheduled for September 8, 2008, before Judge Patel. The parties have reached an agreement in principle to settle the case and are attempting to work out the details of the agreement and reduce the agreement to writing, after which time they expect to dismiss the case.  The settlement process has been delayed in part due to the need to resolve certain outstanding issues concerning a third party.  Ricoh reached an understanding with that third party in June.  The parties have continued their discussions for the purpose of revising the settlement and license agreements to take into account these latest developments with that third party.  The parties exchanged drafts of the settlement documents again last week, and are working to resolve the final settlement details as soon as possible.  It appears possible that only a single issue remains to be resolved.  Accordingly, the parties request that the conference be removed from the Court's calendar to give them time to complete the settlement process.  The parties request that the status conference be postponed for a further 30 days or until such time thereafter as is convenient for the Court.  The parties shall promptly inform the Court if the settlement process is successfully concluded.  This motion is supported by the declaration of J.C. Rozendaal pursuant to Civil L.R. 6-2.

1
2  Dated: August 27, 2008                                  Respectfully submitted,

3  /s/ Ronald S. Lemieux_____                        /s/ J.C. Rozendaal_____

4  RONALD S. LEMIEUX, State Bar No. 120822                DANIEL J. BERGESON, State Bar No. 105439
5  ronlemieux@paulhastings.com                            dbergeson@be-law.com
   MICHAEL EDELMAN, State Bar No. 180948                  DONALD P. GAGLIARDI, State Bar No. 138979
6  michaeledelman@paulhasting.com                         dgagliardi@be-law.com
   VIDYA R. BHAKAR, State Bar No. 220210                  BERGESON, LLP
7  vidbharkar@paulhastings.com                            303 Almaden Boulevard, Suite 500
   SHANÉE NELSON, State Bar No. 221310                    San Jose, CA 95110-2712
8  shanneenelson@paulhastings.com                         Telephone: (408) 291-6200
9  PAUL, HASTINGS, JANOFSKY &                             Facsimile: (408) 297-6000
      WALKER LLP
10 1117 S. California Avenue                              MARK C. HANSEN, *pro hac vice*
   Palo Alto, CA 94304-1106                               mhansen@khhte.com
11 Telephone: (650) 320-1800                              J.C. ROZENDAAL, *pro hac vice*
12 Facsimile: (650) 320-1900                              jrozendaal@khhte.com
                                                          KELLOGG, HUBER, HANSEN, TODD,
13 *Counsel for Plaintiffs*                                  EVANS & FIGEL, PLLC
   *ASUSTeK Computer Inc. and*                            Sumner Square
14 *ASUS Computer International*                          1615 M Street, NW, Suite 400
15                                                        Washington, DC 20036
                                                          Telephone: (202) 326-7900
16                                                        Facsimile: (202) 326-7999
17
                                                          *Counsel for Defendant Ricoh Co., Ltd.*
18
19
20
21
22
23
24
25
26
27
28