1  RONALD S. LEMIEUX, State Bar No. 120822
   ronlemieux@paulhastings.com
2  MICHAEL EDELMAN, State Bar No. 180948
   michaeledelman@paulhasting.com
3  VIDYA R. BHAKAR, State Bar No. 220210
   vidbharkar@paulhastings.com
4  SHANÉE NELSON, State Bar No. 221310
   shanneenelson@paulhastings.com
5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   1117 S. California Avenue
6  Palo Alto, CA  94304-1106

7  Telephone: (650) 320-1800
   Facsimile:  (650) 320-1900
8

9  *Attorneys for Plaintiffs*
   *ASUSTeK Computer Inc. and*
10 *ASUS Computer International*

11 (Counsel continued on next page)

12

13               UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

| 17 | ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL | Case No. C07-01942 MHP |
|---|---|---|
| 18 | | ~~[Proposed]~~ |
| 19 | Plaintiffs, | **CONSENT ORDER OF DISMISSAL** |
| 20 | vs. | |
| 21 | RICOH COMPANY, LTD., | |
| 22 | Defendant. | |
| 23 | | |
| 24 | AND RELATED COUNTERCLAIMS. | |

25

26

27

28

[PROPOSED] CONSENT ORDER OF DISMISSAL                    Case No. C07-01942 MHP

1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
7  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
8  RICHARD H. STERN, *pro hac vice*
   rstern@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Attorneys for Defendant
   RICOH CO., LTD.

- 1 -

[PROPOSED] CONSENT ORDER OF DISMISSAL                                Case No. C07-01942 MHP

1  The parties hereto having advised the Court, by motion, that they agree to a settlement of

2  this case pursuant to a confidential Settlement Agreement that incorporates a License Agreement,

3  it is hereby

4  **ORDERED** that all claims and counterclaims in this action are dismissed with prejudice

5  pursuant to the terms of the confidential Settlement Agreement; provided, however, that this Court

6  retains jurisdiction over any disputes arising out of or relating to either the confidential Settlement

7  Agreement or the License Agreement incorporated therein.  In addition, it is hereby

8  **FURTHER ORDERED** that each side shall bear its own costs, expenses, and attorneys'

9  fees.

11  Dated:  November 14, 2008



- 2 -

[PROPOSED] CONSENT ORDER OF DISMISSAL                    Case No. C07-01942 MHP