1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  MARK C. HANSEN, *pro hac vice*
   mhansen@khhte.com
7  J.C. ROZENDAAL, *pro hac vice*
   jrozendaal@khhte.com
8  RICHARD H. STERN, *pro hac vice*
   rstern@khhte.com
9  KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, PLLC
10 Sumner Square
   1615 M Street, NW, Suite 400
11 Washington, DC 20036
   Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 Attorneys for Defendant
   RICOH CO., LTD.
14

15                         UNITED STATES DISTRICT COURT

16                        NORTHERN DISTRICT OF CALIFORNIA

17                             SAN FRANCISCO DIVISION

| | |
|---|---|
| 18 ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL | Case No. C07-01942 MHP |
| 19 | ~~[proposed]~~ **ORDER GRANTING RICOH'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| 20                    Plaintiffs, | |
| 21    vs. | |
| 22 RICOH COMPANY, LTD., | Judge:  Honorable Marilyn Hall Patel |
| 23                    Defendant. | Dept.:  Ctrm 15, 18th Floor |
| 24 AND RELATED CROSS-ACTIONS. | |
| 25 | |

1   Now before the Court is Ricoh's Administrative Motion for Leave to File Documents
2   Under Seal.  Upon consideration of the Administrative Motion for Leave to File Documents Under
3   Seal and the supporting declaration of Donald P. Gagliardi filed therewith, the Court finds good
4   cause for granting Ricoh's request to file documents under seal.  The Court finds that:

   a.   The parties possess an overriding confidentiality interest that overcomes the right of public access to the record in the following documents: Confidential Patent License Agreement between Ricoh Company, Ltd. and ASUSTeK Computer, Inc. dated September 9, 2008; and Confidential Settlement Agreement between Ricoh Company, Ltd. and ASUSTeK Computer, Inc. dated September 9, 2008

   b.   The parties' overriding confidentiality interests support sealing the record;

   c.   A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if the record is not sealed;

   d.   The proposed sealing is narrowly tailored; and

   e.   No less restrictive means exist to achieve this overriding interest.

IT IS ORDERED that Ricoh's Motion for Leave to File Documents Under Seal is GRANTED.

SO ORDERED.

Dated:  11/25         , 2008



_____
Hon. _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

1

[proposed] ORDER GRANTING VERIGY'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL          CASE NO. C07 01942 MHP